Mario D. Valencia
Nevada Bar No. 6154
MARIO D. VALENCIA,
ATTORNEY AT LAW, LLC
40 S. Stephanie St., Ste. 201
Henderson, NV 89012
Phone: (702) 384-7494
Fax: (702) 384-7545
valencia.mario@gmail.com

*Attorney for Plaintiff Jackson*
*National Life Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SCOTT CALLENDER; CHAD CALLENDER as Trustee of the FTHHPLV Trust U/D/T dated Feb. 24, 2022, | ) ) ) ) ) |
| Defendants. | ) ) ) |

Civil Action No.

**COMPLAINT IN INTERPLEADER**

Plaintiff Jackson National Life Insurance Company ("Jackson"), through undersigned counsel, files this Complaint in Interpleader:

## INTRODUCTION

This is an interpleader action in which Jackson seeks a determination from the Court regarding the proper beneficiary or beneficiaries of the proceeds payable in connection with an Individual Annuity owned by Laura Lee Callender ("Owner").

## PARTIES, JURISDICTION, AND VENUE

1.     Jackson is an insurance corporation organized under the laws of the State of

Mario D. Valencia, Attorney At Law, LLC
40 S. Stephanie St., Ste. 201
Henderson, NV 89012
(702) 384-7494

Michigan and maintains its principal place of business at 1 Corporate Way; Lansing, Michigan 48951. Jackson is domiciled in and is a citizen of the State of Michigan.

2.    Scott Callender is a natural person domiciled in Maricopa County, Arizona.

3.    Chad Callender is successor Trustee of the FTHHPLV Trust U/D/T dated February 24, 2022; Chad Callender is a natural person domiciled in Clark County, Nevada.

4.    This court has subject matter jurisdiction under 28 U.S.C. § 1335 because there are two or more adverse claimants of diverse citizenship who are claiming or may claim to be entitled to the proceeds of a life insurance policy and the amount Jackson seeks to deposit with the Court exceeds $500.

5.    Venue is proper in the District of Nevada under 28 U.S.C. § 1397 because one of the claimants resides in this District.

## FACTUAL BACKGROUND

6.    On March 13, 2017, Jackson issued an individual annuity with contract number 1019953005 (the "Annuity") to Owner. As of March 31, 2023, the Annuity had a value of $99,985.79; this value is subject to market fluctuations and thus cannot be finally determined until Jackson issues a check (the "Proceeds").

7.    The Annuity application designates Owner's son, Scott Callender, as the sole primary beneficiary. A true and correct copy of the Annuity application is attached as **Exhibit 1** (redacted where necessary to protect personally identifying information).

8.    On February 24, 2022, Owner executed a Durable Power of Attorney of Management and Personal Affairs (the "POA") and appointed her son Chad Callender. A true and correct copy of the POA is attached as **Exhibit 2**.

9.    Section 2.3 of the POA states:

2.3 Grant of Specific Authority. My agent MAY NOT do any of the following specific acts for me UNLESS I have INITIALED the specific authority listed below (CAUTION: Granting any of the following will give your agent the authority to take actions that could significantly reduce your property or change how your property is distributed at your death. INITIAL ONLY the specific authority you WANT to give your agent):

( ) Create, amend, revoke, or terminate an inter vivos trust
( ) Make a gift, subject to the limitations of Section 75-9-217, and any special instructions in this power of attorney
( ) Create or change rights of survivorship
( ) Create or change a beneficiary designation
( ) Authorize another person to exercise the authority granted under this power of attorney
( ) Waive the principal's right to be a beneficiary of a joint and survivor annuity
( ) Exercise fiduciary powers that the principal has authority to delegate
( ) Disclaim or refuse an interest in property, including a power of appointment

Section 2.3 of the POA (emphasis in original.)

10.    As reflected above, Owner did not initial the change-of-beneficiary power but input a vertical line.

11.    On April 7, 2022, Jackson received the POA together with an Annuity Service Request dated March 22, 2022 ("ASR") requesting the Annuity beneficiary be changed to: "FTHHPLV Trust." A true and correct copy of the ASR is attached as **Exhibit 3** (redacted where necessary to protect personally identifying information).

12.    After Jackson reviewed the POA and ASR, it responded to Chad with a letter dated April 22, 2022, acknowledging that it had added him to the Annuity as POA. A true and correct copy of this letter is attached as **Exhibit 4**.

13.    Jackson did not change the beneficiary designation on the Annuity.

14.    On July 18, 2022, Owner passed.

15.    On January 2, 2023, Chad submitted a claim for the Proceeds individually, on behalf of himself. A true and correct copy of the claim form is attached as **Exhibit 5** (redacted where necessary to protect personally identifying information).

16.    Jackson advised in a letter dated January 9, 2023, that Chad was not the beneficiary of record. A true and correct copy of this letter is attached as **Exhibit 6**.

17.    In a letter dated January 11, 2023 (received by Jackson on January 21, 2023), Chad's attorney, Michael Van, informed Jackson that Chad is the successor Trustee of the FTHHPLV TRUST U/D/T dated February 24, 2022 (the "Trust"), submitted a certification of trust, challenged the beneficiary designation as identified by Jackson, and requested that no distribution of the Proceeds be made absent a court order. A true and correct copy of the letter Mr. Van sent to Jackson dated January 11, 2023, is attached as **Exhibit 7**.

18.    Jackson reached out to Scott with letters dated January 31, 2023, and March 7, 2023, but did not receive a response.

19.    On March 23, 2023, Michael Van sent another letter to Jackson arguing that the Trust should be the beneficiary of the Annuity.

20.    In a letter dated April 25, 2023, Jackson reached out to Scott again and informed him of Jackson's intention to file an interpleader if the parties could not resolve the dispute.

21.    On May 25, 2023, counsel for Jackson spoke to Scott by telephone; Scott did not agree to waive his claim to the Proceeds.

22.    Jackson had multiple discussions with Scott and Michael Van regarding a potential resolution of this matter, which at this time appears unlikely.

## COUNT I
## INTERPLEADER

23.    Jackson re-alleges the preceding paragraphs and incorporates them by

reference as though set forth in full herein.

24.    All conditions precedent, if any, to this suit have occurred or have been performed, tendered, and/or waived.

25.    There is a dispute between the Defendants regarding entitlement to the Proceeds and whether the POA validly authorized a change in beneficiary designation.

26.    As a result, Jackson is unable to determine the proper beneficiary of the Proceeds and fears that payment to either of the Defendants will subject it to liability from the other Defendant.

27.    Jackson has no interest in the Proceeds except to the extent that payment of the Proceeds discharges any obligations Jackson may have to any party arising out of Owner's death.

28.    Jackson is a mere innocent stakeholder with respect to the Proceeds.

29.    Jackson is ready and willing to pay the Proceeds into the court registry or to the person(s) legally entitled to receive them.

30.    Based on the foregoing, there is an actual, justiciable controversy between the Defendants as to their respective potential rights to the Proceeds.

## PRAYER FOR RELIEF

WHEREFORE, Jackson prays for the following relief:

A.    An order directing Defendants to assert and litigate their claims to the Proceeds in this action;

B.    An order authorizing and directing Jackson to pay the Proceeds into the court registry (or as the Court otherwise directs);

C.    An order pursuant to 28 U.S.C. § 2361 discharging Jackson from any and all

COMPLAINT IN INTERPLEADER

further liability, of whatever nature, pursuant to the Annuity or related to the payment of the Proceeds;

D.      An order pursuant to 28 U.S.C. § 2361 permanently restraining Defendants from instituting and/or prosecuting any other suit, cause of action, or civil proceeding in any State, Federal, or other court of competent jurisdiction against Jackson relating to the Proceeds or asserting claims under the Policies;

E.      An order directing any party, person, or entity to whom any portion of the Proceeds is disbursed to (1) advise Jackson of the amount and (2) provide Jackson with a fully executed IRS Form W-9 via Jackson's counsel of record to allow Jackson to complete its tax reporting obligations;

F.      An order awarding Jackson reasonable attorney fees and costs to be paid from the Proceeds; and

G.      For such other and further relief as the Court deems equitable and just.

Dated this 6th day of July, 2023

**MARIO D. VALENCIA,
ATTORNEY AT LAW, LLC**

By:     _/s/Mario D. Valencia_____
        Mario D. Valencia
        Nevada Bar No. 6154
        40 S. Stephanie St., Ste. 201
        Henderson, NV 89012
        (702) 384-7494

        *Attorney for Plaintiff Jackson National
        Life Insurance Company*

# INDEX OF EXHIBITS

| EXHIBIT | Description |
|---------|-------------|
| 1 | Annuity Application Submitted to Plaintiff Jackson National Life Insurance Company ("Jackson") by Laura Lee Callender |
| 2 | Durable Power of Attorney of Management and Personal Affairs by Laura Lee Callender |
| 3 | Annuity Service Request |
| 4 | Letter by Jackson to Chad Callender dated April 22, 2022 |
| 5 | Death Benefit Claim submitted to Jackson by Chad Callender |
| 6 | Letter by Jackson to Chad Callender dated January 9, 2023 |
| 7 | Letter by Chad Callender's attorney Michael Van to Jackson |

COMPLAINT IN INTERPLEADER

90197494.1

# EXHIBIT 1

**Annuity Application Submitted to Plaintiff
Jackson National Life Insurance Company by
Laura Lee Callender**

Transaction ID: JN006254729

**PERSPECTIVE II®** (09/16)
**INDIVIDUAL VARIABLE AND FIXED**
**ANNUITY APPLICATION  (VA620)**



JACKSON®
NATIONAL LIFE INSURANCE COMPANY

**First Class Mail:** P.O. Box 30314
Lansing, MI 48909-7814

**Overnight Mail:** 1 Corporate Way
Lansing, MI 48951

**Customer Care:** 800-873-5654
**Bank or Financial Institution Customer Care:** 800-777-7779
**Fax:** 800-943-6761
**Hours:** 8:00 a.m. to 8:00 p.m. ET
**Email:** contactus@jackson.com

Linking/BIN/Brokerage Acct. Number  (if applicable)
6QB791207

Jackson® pre-assigned Contract Number  (if applicable)

---

## Primary Owner

• **PLEASE PRINT CLEARLY**

• Please see the Good Order Checklist for additional requirements.

Type of Ownership:
[X] Individual/Joint    [ ] Custodian    [ ] Trust    [ ] Corporation/Pension Plan    [ ] Government Entity

For entity owned, tax qualified contracts (except for Trust owned), the entity owner's W-9 or substitute W-9 should be on file prior to taking a distribution. If not, the distribution may require the mandatory IRA Foreign Withholding.

Social Security Number
███████████    or    Tax ID Number

Phone Number  (include area code)
(702)565-0448

Sex [ ] Male  [X] Female    U.S. Citizen [X] Yes  [ ] No

Date of Birth (mm/dd/yyyy)
████████

First Name
LAURA

Middle Name
LEE

Last Name
CALLENDER

Non-Natural Owner/Entity Name  (if applicable)

Email Address  (print clearly)

Physical Address Line 1 (No P.O. Boxes)
3918 STARFIELD LN

Physical Address Line 2

Physical Address City
LAS VEGAS

State
NV

ZIP
89147

Mailing Address Line 1
3918 STARFIELD LN

Mailing Address Line 2

Mailing Address City
LAS VEGAS

State
NV

ZIP
89147



ICC16 VDA 775 09/16                Page 1 of 11                **V7173 09/16**

Transaction ID: JN006254729

LONG-TERM SMART ®

## Joint Owner

Social Security Number

Email Address  (print clearly)

Date of Birth  (mm/dd/yyyy)

Sex ☐ Male ☐ Female    U.S. Citizen ☐ Yes ☐ No

First Name    Middle Name    Last Name

- In the case of Joint Owners, all correspondence and required documentation will be sent to the address of the Primary Owner.

Relationship to Owner

Phone Number (include area code)

Physical Address Line 1 (No P.O. Boxes)

Line 2

City

State    ZIP

## Primary Annuitant

- Complete this section if different than Owner. If Primary Annuitant section is left blank, the Annuitant will default to the Owner.

Social Security Number

Date of Birth  (mm/dd/yyyy)

Phone Number  (include area code)

Sex ☐ Male ☐ Female    U.S. Citizen ☐ Yes ☐ No

First Name    Middle Name    Last Name

Physical Address Line 1 (No P.O. Boxes)

Line 2

City

State    ZIP

## Joint/Contingent Annuitant

- Complete this section if different than Joint Owner. If Joint Annuitant section is left blank, the Joint Annuitant will default to the Joint Owner.

- Contingent Annuitant **must** be Annuitant's spouse. Available only on a Qualified plan custodial account when electing a Joint GMWB.

Social Security Number

☒ No Joint Annuitant

☐ Contingent Annuitant

Date of Birth  (mm/dd/yyyy)

Sex ☐ Male ☐ Female    U.S. Citizen ☐ Yes ☐ No

First Name    Middle Name    Last Name

Relationship to Primary Annuitant

Phone Number (include area code)

Physical Address Line 1 (No P.O. Boxes)

Line 2

City

State    ZIP



Transaction ID: JN006254729

LONG-TERM SMART

## Beneficiary(ies)

**It is required for Good Order that the Death Benefit Percentage be whole numbers and must total 100% for each beneficiary type. If Percentage of Death Benefit is left blank, all beneficiaries will receive equal shares.**

☒ Primary    Sex ☒ Male  ☐ Female    Percentage of Death Benefit `100` %

Social Security Number    Date of Birth (mm/dd/yyyy)    Relationship to Owner
▮▮▮▮▮▮▮▮    Son

First Name    Middle Name    Last Name
SCOTT    CALLENDER

Non-Natural Owner/Entity Name (if applicable)    Phone Number (include area code)

Physical Address Line 1 (No P.O. Boxes)    Line 2

City    State  ZIP

**• Please use form X3041 for additional beneficiaries.**

☐ Primary  ☐ Contingent    Sex ☐ Male  ☐ Female    Percentage of Death Benefit  %

Social Security Number    Date of Birth (mm/dd/yyyy)    Relationship to Owner

First Name    Middle Name    Last Name

Non-Natural Owner/Entity Name (if applicable)    Phone Number (include area code)

Physical Address Line 1 (No P.O. Boxes)    Line 2

City    State  ZIP

☐ Primary  ☐ Contingent    Sex ☐ Male  ☐ Female    Percentage of Death Benefit  %

Social Security Number    Date of Birth (mm/dd/yyyy)    Relationship to Owner

First Name    Middle Name    Last Name

Non-Natural Owner/Entity Name (if applicable)    Phone Number (include area code)

Physical Address Line 1 (No P.O. Boxes)    Line 2

City    State  ZIP



Transaction ID: JN006254729

LONG-TERM SMART

## Premium Payment

Select method of payment and note approximate amount:

Check Attached $ [            ]    Check In Transit $ [            ]    Wire $ [75,000.00]

External Transfer $ [            ]    Internal Transfer $ [            ]

## Annuity Type

[X] IRA - Traditional*    [ ] Non-Tax Qualified    [ ] Roth IRA*    [ ] SEP    [ ] 403(b) TSA

[ ] Stretch IRA    [ ] Non-Qualified Stretch    [ ] Roth Conversion    Other: [            ]

*Tax Contribution Years and Amounts:

Year: [    ] $ [            ]    Year: [    ] $ [            ]

## Statement Regarding Existing Policies or Annuity Contracts

**!** It is required for Good Order that this entire section be completed. COMPLETE X0512 "REPLACEMENT OF LIFE INSURANCE OR ANNUITIES" WHERE REQUIRED (**must** be dated on or before the Application Sign Date to be in Good Order).

I (We) certify that with regard to Jackson National Life Insurance Company® (Jackson) or any other company: (Please select one)

[X] I (We) **do not have** existing life insurance policies or annuity contracts.    [ ] I (We) **do have** existing life insurance policies or annuity contracts.

**Notice to Producer/Representative: If the Applicant does have existing life insurance policies or annuity contracts you must present and read to the Applicant the Replacement of Life Insurance or Annuities form (X0512 - state variations apply) and return the notice, signed by both the Producer/Representative and Applicant, with the Application.**

**Are you replacing an existing life insurance policy or annuity contract?**    [ ] Yes    [X] No

## Transfer Information

Please check the appropriate box(es) under the "Transfer Type" and "Client Initiated" headings. **Jackson will only request the funds if the "Client Initiated" section is left blank or checked "No."**

• One account number per box. Please also submit form X3783 for external transfers.

| Transfer Type | Client Initiated | Company releasing funds | Account number | Maturity date | Anticipated transfer amount |
|---|---|---|---|---|---|
| [ ] Full [ ] Partial | [ ] Yes [ ] No | [            ] | [            ] | [            ] | $ [            ] |
| [ ] Full [ ] Partial | [ ] Yes [ ] No | [            ] | [            ] | [            ] | $ [            ] |

Non-Qualified Plan Types:    [ ] IRC 1035 Exchange    [ ] Non-1035 Exchange

All Other Plan Types:    [X] Direct Transfer    [ ] Direct Rollover    [ ] Non-Direct Rollover

## Annuitization/Income Date

**Specify Income Date**    (mm/dd/yyyy)

[            ]

**If an Annuitization/Income Date is not specified, the Company will default to the Latest Income Date as shown in the Contract.**

Transaction ID:  JN006254729

LONG-TERM SMART

## Systematic Investment (periodic premium reallocation programs)

- Only the Investment Division(s) and the 1-Year Fixed Account Option (subject to availability) as selected in the Premium Allocation section will participate in Automatic Rebalancing.

**Please read the Important Information related to Systematic Investments in the Notice to Applicant section on page 10.**

**Automatic Rebalancing.** The 3-, 5- and 7-Year Fixed Account Options are not available for Automatic Rebalancing.

**Frequency:** ☐ Monthly     ☐ Quarterly     ☐ Semiannually     ☐ Annually

**Start Date** (mm/dd/yyyy): _____     OR     ☐ Immediately after issue.

**Note:** If no start date is selected, the program will begin one month/quarter/half-year/year (depending on the frequency you select) from the date Jackson applies the initial Premium payment. If no frequency is selected, the frequency will be annual. If the start date indicated is on day 29, 30, or 31 of a month, but the frequency at which the transfer will occur does not always include this date, Jackson will default the start date and all subsequent transfer dates to the 28th.

- Other Systematic Investment Options may be available. Please see Systematic Investment form (V2375).

| Special Dollar Cost Averaging (DCA+ ) | | |
|---|---|---|
| % | ($15,000 contract minimum) | |
| | 6-month | (030) |
| | 12-month | (032) |

If DCA+ allocation is 100%, use the Premium Allocation section below to allocate your Designated Option(s).

If DCA+ allocation is less than 100%, use Systematic Investment Form (V2375) to allocate your Designated Option(s).

If selected, the total number of elections in the Premium Allocation section may not exceed 98.

The 6- or 12-month DCA+ account will earn interest at the rate of the 1-Year Fixed Account Option unless a promotional rate applies.

## Premium Allocation

- ! Tell us how you want your annuity Premiums invested. Whole percentages only. **TOTAL ALLOCATION MUST EQUAL 100%.**

- ! **Total number of allocation selections may not exceed 99.**

| % | Traditional Investments |
|---|---|
| | **Equity Investments** |
| | JNL® Multi-Manager Mid Cap (663) |
| | JNL Multi-Manager Small Cap Growth (116) |
| | JNL Multi-Manager Small Cap Value (208) |
| | JNL/American Funds® Blue Chip Income and Growth (339) |
| | JNL/American Funds Global Small Capitalization (341) |
| | JNL/American Funds Growth-Income (342) |
| | JNL/BlackRock Large Cap Select Growth (102) |
| | JNL/Capital Guardian Global Balanced (150) |
| | JNL/DFA U.S. Core Equity (115) |
| | JNL/Franklin Templeton Founding Strategy (062) |
| 10 | JNL/Franklin Templeton Global Growth (069) |
| | JNL/Franklin Templeton Income (075) |

| % | Traditional Investments |
|---|---|
| | **Equity Investments** (cont. from previous column) |
| | JNL/Franklin Templeton Mutual Shares (064) |
| | JNL/Goldman Sachs Mid Cap Value (207) |
| | JNL/Invesco Mid Cap Value (132) |
| 10 | JNL/Invesco Small Cap Growth (195) |
| | JNL/JPMorgan MidCap Growth (101) |
| | JNL/Mellon Capital Dow℠ Index (145) |
| 10 | JNL/Mellon Capital Nasdaq® 100 (222) |
| 10 | JNL/Mellon Capital S&P® 400 MidCap Index (124) |
| | JNL/Mellon Capital S&P 500® Index (123) |
| | JNL/Mellon Capital Small Cap Index (128) |
| | JNL/Morgan Stanley Mid Cap Growth (360) |
| | JNL/Oppenheimer Global Growth (173) |
| | JNL/PPM America Mid Cap Value (293) |

| % | Traditional Investments |
|---|---|
| | **Equity Investments** (cont. from previous column) |
| | JNL/PPM America Small Cap Value (294) |
| | JNL/PPM America Value Equity (106) |
| | JNL/T. Rowe Price Established Growth (111) |
| | JNL/T. Rowe Price Mid-Cap Growth (112) |
| | JNL/T. Rowe Price Value (149) |
| | JNL/WMC Balanced (104) |
| | JNL/WMC Value (179) |

**PREMIUM ALLOCATIONS CONTINUED ON PAGE 6.**



ICC16 VDA 775 09/16

**V7173 09/16**

Transaction ID: JN006254729

**LONG-TERM SMART**

## Premium Allocation  (Cont. from page 5)

**!** Tell us how you want your annuity Premiums invested. Whole percentages only. **TOTAL ALLOCATION MUST EQUAL 100%.**

**!** **Total number of allocation selections may not exceed 99.**

• **NOTE:** The Contract permits Jackson, without advance notice (state variations may apply), to restrict the amount of Premium payments into, and the amount and frequency of transfers between, into and from, any Fixed Account Option; to close any Fixed Account Option; and to require transfers from a Fixed Account Option. Accordingly, you should consider whether investment in a Fixed Account Option is suitable given your investment objectives.

### % Traditional Investments
**International**

| % | | |
|---|---|---|
| | JNL/American Funds International | (343) |
| | JNL/American Funds New World | (344) |
| | JNL/Causeway International Value Select | (126) |
| | JNL/Franklin Templeton International Small Cap Growth | (250) |
| | JNL/Invesco China-India | (273) |
| | JNL/Invesco International Growth | (113) |
| | JNL/Mellon Capital Emerging Markets Index | (349) |
| | JNL/Mellon Capital International Index | (129) |

### % Traditional Investments
**Sector**

| % | | |
|---|---|---|
| | JNL/Mellon Capital Consumer Brands Sector | (185) |
| 10 | JNL/Mellon Capital Financial Sector | (189) |
| 10 | JNL/Mellon Capital Healthcare Sector | (188) |
| | JNL/Mellon Capital Oil & Gas Sector | (190) |
| | JNL/Mellon Capital Technology Sector | (187) |

### % Traditional Investments
**Specialty**

| % | | |
|---|---|---|
| | JNL/Mellon Capital 10 x 10 | (243) |
| | JNL/Mellon Capital European 30 | (299) |
| | JNL/Mellon Capital Global 30 | (183) |
| | JNL/Mellon Capital Index 5 | (242) |
| | JNL/Mellon Capital JNL 5 | (224) |
| | JNL/Mellon Capital Pacific Rim 30 | (298) |
| | JNL/Mellon Capital S&P 24 | (074) |

### % Traditional Investments
**Specialty**
(cont. from previous column)

| % | | |
|---|---|---|
| | JNL/Mellon Capital S&P SMid 60 | (248) |
| 10 | JNL/S&P 4 | (292) |
| | JNL/S&P Competitive Advantage | (274) |
| | JNL/S&P Dividend Income & Growth | (278) |
| | JNL/S&P Intrinsic Value | (279) |
| | JNL/S&P Total Yield | (280) |
| | JNL/S&P Mid 3 | (363) |

### % Traditional Investments
**Fixed Income**

| % | | |
|---|---|---|
| | JNL/American Funds Global Bond | (340) |
| | JNL/Crescent High Income | (660) |
| | JNL/DoubleLine® Total Return | (636) |
| | JNL/Franklin Templeton Global Multisector Bond | (348) |
| | JNL/Goldman Sachs Core Plus Bond | (110) |
| | JNL/JPMorgan U.S. Government & Quality Bond | (109) |
| | JNL/Mellon Capital Bond Index | (133) |
| | JNL/Neuberger Berman Strategic Income | (361) |
| | JNL/PIMCO Credit Income | (604) |
| | JNL/PIMCO Real Return | (078) |
| | JNL/PIMCO Total Return Bond | (127) |
| | JNL/PPM America Floating Rate Income | (346) |
| 10 | JNL/PPM America High Yield Bond | (136) |
| | JNL/PPM America Total Return | (662) |
| | JNL/T. Rowe Price Short-Term Bond | (076) |
| | JNL/WMC Money Market | (107) |

### % Alternative Investments

| % | | |
|---|---|---|
| | JNL/BlackRock Natural Resources | (066) |
| 10 | JNL/Brookfield Global Infrastructure and MLP | (347) |
| 10 | JNL/Goldman Sachs U.S. Equity Flex | (068) |
| | JNL/Invesco Global Real Estate | (206) |

### % Tactically Managed Strategies

| % | | |
|---|---|---|
| | JNL/BlackRock Global Allocation | (345) |
| | JNL/FPA + DoubleLine Flexible Allocation | (305) |

### % Asset Allocation

| % | | |
|---|---|---|
| | JNL Disciplined Moderate | (070) |
| | JNL Disciplined Moderate Growth | (071) |
| | JNL Disciplined Growth | (072) |
| | JNL Institutional Alt 20 | (301) |
| | JNL Institutional Alt 35 | (302) |
| | JNL Institutional Alt 50 | (303) |
| | JNL/American Funds Balanced Allocation | (357) |
| | JNL/American Funds Growth Allocation | (358) |
| | JNL/S&P Managed Conservative | (227) |
| | JNL/S&P Managed Moderate | (226) |
| | JNL/S&P Managed Moderate Growth | (117) |
| | JNL/S&P Managed Growth | (118) |
| | JNL/S&P Managed Aggressive Growth | (119) |

### % Fixed Account Options

| % | | |
|---|---|---|
| | 1-Year | (041) |
| | 3-Year | (043) |
| | 5-Year | (045) |
| | 7-Year | (047) |



Transaction ID: JN006254729

LONG-TERM SMART

## Optional Guaranteed Minimum Withdrawal Benefits

May select only **one** For Life GMWB or GMWB.

- All optional GMWB benefits may not be available in all states and once selected cannot be changed.

- **Optional GMWB Benefits:** Additional charges will apply. Please see the prospectus for details.

- Election Age limitations apply based on the age of the Owner(s) or Covered Lives.

**LifeGuard Freedom Flex**[1]
For Life GMWB with Annual Step-Up (Ages 35-80)
! **Must** select both a Bonus and
  ▪ Income Stream Level for Good Order.

Bonus%:   AND   Income Stream℠ Level (GAWA%)[2]:

| | |
|---|---|
| ☐ 5% | ☐ Level 1 |
| ☐ 6% | ☐ Level 2 |
| ☐ 7% | ☐ Level 3 |
| | ☐ Level 4 |
| | ☐ Level 5 |

**LifeGuard Freedom Flex w/ Joint Option**[1,3,4,5]
Joint For Life GMWB with Annual Step-Up (Ages 35-80)
! **Must** select both a Bonus and
  ▪ Income Stream Level for Good Order.

Bonus%:   AND   Income Stream Level (GAWA%)[2]:

| | |
|---|---|
| ☐ 5% | ☐ Level 1 |
| ☐ 6% | ☐ Level 2 |
| ☐ 7% | ☐ Level 3 |

☐ **MarketGuard Stretch**[7]
GMWB (Ages 0-80)

Original Owner's Date of Death (mm/dd/yyyy)

[                                    ]

☐ **AutoGuard**[1] **5**
5% GMWB with Annual Step-Up  (Ages 0-80)

**LifeGuard Freedom Flex DB**[1,6]
For Life GMWB with 6% Bonus, Annual Step-Up, and Death Benefit (Ages 35-72)

**Income Stream Level (GAWA%)**[2]: (**Must** select one)

| | | |
|---|---|---|
| ☐ Level 1 | ☐ Level 3 | ☐ Level 5 |
| ☐ Level 2 | ☐ Level 4 | |

**LifeGuard Freedom 6 Net**[1]
For Life GMWB with Bonus, Annual Step-Up, and Earnings-Sensitive Withdrawal Amount (Ages 35-80)

**Income Stream Level (GAWA%)**[2]: (**Must** select one)

| | | |
|---|---|---|
| ☐ Level 1 | ☐ Level 3 | ☒ Level 5 |
| ☐ Level 2 | ☐ Level 4 | |

**LifeGuard Freedom 6 Net w/ Joint Option**[1,3,4,5]
Joint For Life GMWB with Bonus, Annual Step-Up, and Earnings-Sensitive Withdrawal Amount (Ages 35-80)

**Income Stream Level (GAWA%)**[2]: (**Must** select one)

| | |
|---|---|
| ☐ Level 1 | ☐ Level 3 |
| ☐ Level 2 | |

---

[1] May not be selected on beneficiary Stretches or Non-Qualified Stretches.
[2] Availability of the Income Stream Levels (Guaranteed Annual Withdrawal Amount percentage (GAWA%) table options) are subject to change. Please consult your representative for availability. Varying charges apply.
[3] For Non-Qualified plans, spousal joint ownership required unless non-natural owner, then spousal joint annuitants required. Please ensure the Joint Owner section on page 2 (including the "Relationship to Owner" box) is properly completed.
[4] For Qualified plans, excluding custodial accounts, 100% primary spousal Beneficiary designation is required. Please ensure the Primary Beneficiary section on page 3 (including the "Relationship to Owner" box) is properly completed.
[5] For Qualified plan custodial accounts, Annuitant's spouse must be designated as Contingent Annuitant.
[6] May not be selected in combination with an Optional Death Benefit on page 8.
[7] May only be selected on beneficiary Stretches and Non-Qualified Stretches. May not be selected in combination with an Optional Death Benefit or EarningsMax® on page 8.

**Optional Benefits are continued on page 8.**



Transaction ID: JN006254729

LONG-TERM SMART

## Optional Death Benefits

### Guaranteed Minimum Death Benefit
May select only **one** GMDB.

- If no Optional Death Benefit is selected your beneficiary(ies) will receive the standard death benefit. Please see the prospectus for details.

**3% Roll-Up Death Benefit**[1]  (2% if the Owner is age 70 or older on the date of issue)  (Ages 0-79)

☐ With Highest Quarterly Anniversary Value Death Benefit

☐ Without Highest Quarterly Anniversary Value Death Benefit

**4% Roll-Up Death Benefit**[1]  (3% if the Owner is age 70 or older on the date of issue)  (Ages 0-79)

☐ With Highest Quarterly Anniversary Value Death Benefit

☐ Without Highest Quarterly Anniversary Value Death Benefit

- All optional benefits may not be available in all states and once selected cannot be changed.

**5% Roll-Up Death Benefit**[1]  (4% if the Owner is age 70 or older on the date of issue)  (Ages 0-79)

☐ With Highest Quarterly Anniversary Value Death Benefit

☐ Without Highest Quarterly Anniversary Value Death Benefit

- **Optional Death Benefits and Other Optional Benefits: Additional charges will apply. Please see the prospectus for details.**

☐ **Highest Quarterly Anniversary Value Death Benefit**[1]  (Ages 0-79)

[1] May not be selected on beneficiary Stretches, Non-Qualified Stretches or in combination with LifeGuard Freedom Flex DB or MarketGuard Stretch on page 7.

- Election Age limitations apply based on the age of the Owner(s) or Covered Lives.

## Other Optional Benefits

### Withdrawal Options

☐ **4-Year Withdrawal Charge Schedule**[1, 2] (Ages 0-85)

[1] If selected, Premium payments will not be accepted after the first Contract Year.
[2] Notice to Producer/Representative only: If selected, all Program Options may not be available.

### Earnings Protection Benefit

☐ **EarningsMax**[1] (Ages 0-75)

[1] May not be selected on beneficiary Stretches, Non-Qualified Stretches or in combination with MarketGuard Stretch on page 7.



Transaction ID:  JN006254729

LONG-TERM SMART

## Telephone/Electronic Transfer Authorization

- **If no election is made, Jackson will default to "No."**

- This authorization is not extended to Authorized Callers.

By checking "Yes," I (we) authorize Jackson to accept instructions to initiate or discontinue Systematic Investment options (Rebalancing, Dollar Cost Averaging, Earnings Sweep) or transfer contract values between investment options via telephone, internet, or other electronic medium from me, or in the case of Joint Owners, from any Joint Owner, or from my (our) Producer/Representative, subject to Jackson's administrative procedures.

**Do you consent to Telephone/Electronic Transfer Authorization?**  ☒ Yes   ☐ No

I (We) release Jackson, its affiliates, subsidiaries, and agents from all damages related in any way to its acting upon any unauthorized telephone/electronic instruction. I (We) understand and agree that Jackson reserves the right to terminate or modify these telephone/electronic privileges at any time, without cause and without notice to me (us).

## Authorized Caller

- This authorization is not extended to Telephone/ Electronic Transfer Authorization.

If you want to authorize an individual other than your Producer/Representative to receive Contract information via telephone, please list that individual's information here.

| First Name | Middle Name | Last Name |
|---|---|---|
|  |  |  |

| Social Security Number | Date of Birth (mm/dd/yyyy) |
|---|---|
|  |  |

## Electronic Delivery Authorization

- If no election is made, Jackson will default to "No."

- **Selection of "ALL DOCUMENTS" excludes quarterly statements.**

- Please provide one email address and print clearly.

- If you authorize E-delivery but do not provide an email address or the address is illegible, E-delivery will not be initiated.

**Do you consent to Electronic Delivery of Documents?**  ☐ Yes   ☒ No

GO GREEN. IT'S ONLY NATURAL.

Check the box(es) next to the types of documents you wish to receive electronically. If Electronic Delivery is authorized, but no document type is selected, the selection will default to "All Documents."

☐ **ALL DOCUMENTS**   ☐ Prospectuses and prospectus supplements   ☐ Annual and Semiannual reports

☐ Periodic and immediate confirmation statements   ☐ Other Contract-related correspondence

My email address is:  [                              ]

I (We) will notify the company of any new email address.

This consent will continue until revoked and will cover delivery to you in the form of an email or by notice to you of a document's availability on Jackson's website. For jointly owned contracts, all Joint Owners are consenting to electronic delivery and use of the single email address above. Please contact the appropriate Jackson Service Center or go to www.jackson.com to update your email address, revoke your consent to electronic delivery or request paper copies. Certain types of correspondence may continue to be delivered by the United States Postal Service for compliance reasons. Registration on Jackson's website (www.jackson.com) is required for electronic delivery of Contract-related correspondence.

The computer hardware and software requirements that are necessary to receive, process and retain electronic communications that are subject to this consent are as follows: To view and download material electronically, you must have a computer with internet access, an active email account and Adobe Acrobat Reader. If you don't already have Adobe Acrobat Reader, you can download it free from www.adobe.com.

There is no charge for electronic delivery of electronic communications, although you may incur the costs of internet access and of such computer and related hardware and software as may be necessary for you to receive, process and retain electronic documents and communications from Jackson. Please make certain you have given Jackson a current email address. Also let Jackson know if that email address changes. We may need to notify you of a document's availability through email. You may request paper copies, whether or not you consent or revoke your consent for electronic delivery, at any time and for no charge. Even if you have given us consent, we are not required to make electronic delivery and we have the right to deliver any documents or communications in paper form.



ICC16 VDA 775 09/16

**V7173 09/16**

Transaction ID: JN006254729

LONG-TERM SMART

## Notice to Applicant

Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**Important Information related to Systematic Investments:**
Systematic Investing does not ensure a profit or protect against loss in a declining market. Principal value and investment return of the Investment Divisions will fluctuate with changes in market conditions. When redeemed, unit values may be more or less than the original purchase price. Please see the prospectus for additional information related to Systematic Investment options.

## Client Acknowledgments

1. I (We) hereby represent to the best of my (our) knowledge and belief that each of the statements and answers contained in this application are true, complete and correctly recorded.

2. I (We) certify that the Social Security or Taxpayer Identification number(s) shown above is (are) correct.

3. I (We) certify that the date of birth of the Owner and any Joint Owner, primary spousal Beneficiary, Annuitant, Joint Annuitant, or Contingent Annuitant, if applicable, stated in this application is (are) true and correctly recorded.

4. **I (We) understand that annuity benefits, death benefit values, and withdrawal values, if any, are variable and may be increased or decreased, and the dollar amounts are not guaranteed.**

5. I (We) have been given a current prospectus for this variable annuity and for each available Investment Division.

6. The Contract I (we) have applied for is suitable for my (our) insurance and investment objectives, financial situation and needs.

7. I understand the restrictions imposed by 403(b)(11) of the Internal Revenue Code. I understand the investment alternatives available under my employer's 403(b) plan, to which I may elect to transfer my contract value.

8. I (We) understand that the Contract's Fixed Account Minimum Interest Rate will be redetermined each Redetermination Date. The redetermined rate, which may be higher or lower than the Initial Fixed Account Minimum Interest Rate, will apply for that entire Redetermination Period.

9. **I (We) understand that allocations to the Fixed Account Options, with certain exceptions, are subject to an adjustment if withdrawn or transferred prior to the end of the applicable period, which may reduce amounts withdrawn or transferred.**

10. I (We) understand that Jackson issues other annuities with similar features, benefits, limitations and charges. I (We) have discussed the alternatives with my (our) financial representative.

## Client Signatures

**!** It is required for Good Order that all applicable parties to the Contract sign here.

| Owner's Signature | Date Signed (mm/dd/yyyy) | State where signed |
|---|---|---|
| | | NV |

Owner's Title (required if owned by an Entity)

| Joint Owner's Signature | Date Signed (mm/dd/yyyy) |
|---|---|
| | |

| Annuitant's Signature (if other than Owner) | Date Signed (mm/dd/yyyy) | State where signed |
|---|---|---|
| | | |

| Joint Annuitant's Signature (if other than Joint Owner) | Date Signed (mm/dd/yyyy) |
|---|---|
| | |

**Not FDIC/NCUA Insured • Not Bank/CU guaranteed • May lose value
Not a deposit • Not insured by any federal agency**



Transaction ID:  JN006254729

LONG-TERM SMART

## Producer/Representative Acknowledgments

■ Complete this certification regarding sales material section only if:
• Your client has other existing policies or annuity contracts
**AND**
• Will be either terminating any of those existing policies or using the funds from existing policies to fund this new Contract.

I certify that:

☐ I did not use sales material(s) during the presentation of this Jackson product to the applicant.

☒ I used only Jackson-approved sales material(s) during the presentation of this Jackson product to the applicant. In addition, copies of all approved sales material(s) used during the presentation were left with the applicant.

By signing this form, I certify that:
1. I am authorized and qualified to discuss the Contract herein applied for.
2. I have fully explained the Contract to the client, including Contract restrictions and charges and I believe this transaction is suitable given the client's financial situation and needs.
3. The Producer/Representative's Certification Regarding Sales Material has been answered correctly.
4. I have read Jackson's Position With Respect to the Acceptability of Replacements (XADV5790) and ensure that this replacement (if applicable) is consistent with that position.
5. The applicant's Statement Regarding Existing Policies or Annuity Contracts has been answered correctly to the best of my knowledge and belief.
6. The applicant's statement as to whether or not an existing life insurance policy or annuity contract is being replaced is true and accurate to the best of my knowledge and belief.
7. I have complied with requirements for disclosures and/or replacements as necessary.

• **Program Options Note:** If no option is indicated, the designated default will be used.

| Producer/Representative # 1 Signature | Date Signed (mm/dd/yyyy) | Jackson Prod./Rep. No. |
|---|---|---|
| | | |

| First Name | Middle Name | Last Name |
|---|---|---|
| JAMES | | PETRIZZO |

| Email Address  (print clearly) | Business Phone Number (include area code) | Extension |
|---|---|---|
| | | |

Program Options    ☒ A   ☐ B   ☐ C   ☐ D   ☐ E    Percentage 100 %

If more than one Producer/Representative is participating in a Program Option on this case, please provide the additional Producer/Representative names, Jackson Producer/Representative numbers and percentages for each (producers #  1-4 totaling 100%).

• If Percentage is left blank, all Producer/Reps will receive equal shares.

| Producer/Representative Name # 2 | Jackson Producer/Representative No. | Percentage |
|---|---|---|
| | | % |

| Producer/Representative Name # 3 | Jackson Producer/Representative No. | Percentage |
|---|---|---|
| | | % |

| Producer/Representative Name # 4 | Jackson Producer/Representative No. | Percentage |
|---|---|---|
| | | % |

# EXHIBIT 2

**Durable Power of Attorney of Management
and Personal Affairs by Laura Lee Callender**

04/07/2022 10:13AM FAX

# Durable Power Of Attorney

## For Management Of Property And Personal Affairs

### WARNING TO PERSON EXECUTING THIS DOCUMENT

This is an important legal document. It creates a durable power of attorney for financial matters. Before executing this document, you should know these important facts:

1. This document gives the person you designate as your agent the power to make decisions concerning your property for you. Your agent will be able to make decisions and act with respect to your property (including your money) whether or not you are able to act for yourself.

2. This power of attorney becomes effective immediately unless you state otherwise in the special instructions.

3. This power of attorney does not authorize the agent to make health care decisions for you.

4. The person you designate in this document has a duty to act consistent with your desires as stated in this document or otherwise made known or, if your desires are unknown, to act in your best interests.

5. You should select someone you trust to serve as your agent. Unless you specify otherwise, generally the agent's authority will continue until you die or revoke the power of attorney or the agent resigns or is unable to act for you.

6. Your agent is entitled to reasonable compensation unless you state otherwise in the special instructions.

7. This form provides for designation of one agent. If you wish to name more than one agent you may name a co-agent in the special instructions. Co-agents are not required to act together unless you include that requirement in the special instructions.

8. If you agent is unable or unwilling to act for you, your power of attorney will end unless you have named a successor agent. You may also name a second successor agent.

9. You have the right to revoke the authority granted to the person designated in this document.

10. This document revokes any prior durable power of attorney.

11. If there is anything in this document that you do not understand, you should ask a lawyer to explain it to you.

Power of Attorney of Laura Callender: Page 1 of 8

04/07/2022 10:13AM FAX

I, LAURA CALLENDER, of Clark County, Nevada, as an individual and as Trustee of The FTHHPLV Trust, executed by me concurrently herewith, intend to create a Durable Power of Attorney (this "*Power*"). This Power is effective immediately upon its execution. I give my Agent, and my successor Agents, the powers specified in this Power with the understanding that they will be used for my benefit and on my behalf and will be exercised only in a fiduciary capacity.

## I. APPOINTMENT

1.1. DESIGNATION OF AGENT. I hereby designate and appoint Chad Callender, as my Attorney-in-Fact (my "*Agent(s)*"). If Chad Callender is unable or unwilling to act, then Tracy Callender shall act as my alternate Agent.

## II. POWERS

2.1. ENUMERATED POWERS. To exercise or perform any act, power, duty, right or obligation whatsoever that I now have for property, real or personal, tangible or intangible, now owned or hereafter acquired by me. I grant to my Agent full power and authority to do everything necessary in exercising any of the powers herein granted as fully as I might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that my Agent shall lawfully do or cause to be done by virtue of this power of attorney and the powers herein granted:

2.2. GENERAL GRANT OF POWERS.

(a) It is my intention by the granting of the foregoing powers to give my Agent the broadest possible powers to represent my interests and my estate in all aspects of any transactions or dealings involving me or my property. The only powers which my Agent pursuant to this Power shall not exercise with respect to me and my property are as follows:

(i) To use my assets to satisfy any legal obligations of my Agent, including but not limited to the support of any dependents of my Agent; provided, however, that such dependents shall not include myself or those persons whom I am otherwise legally obligated to support;

(ii) To exercise any powers granted to the trustee pursuant to an irrevocable trust agreement of which my Agent is the Settlor and I am the trustee; and

(iii) To exercise any incidents of ownership over any policy or policies of life insurance insuring the life of my Agent and of which I am the owner.

(b) By way of clarification, <u>but not limitation</u>, I expressly grant to my agent and any successor agent the general authority to act for me with respect to the following subjects as defined in Title 75, Chapter 9, Uniform Power of Attorney Act (INITIAL each subject you want to include in the agent's general authority. If you wish to grant general authority over all of the subjects you may initial "All Preceding Subjects" instead of initialing each subject):

(__)    Real Property
(__)    Tangible Personal Property
(__)    Stocks and Bonds

(___)  Commodities and Options
(___)  Banks and Other Financial Institutions
(___)  Operation of Entity or Business
(___)  Insurance and Annuities
(___)  Estates, Trusts, and Other Beneficial Interests
(___)  Claims and Litigation
(___)  Personal and Family Maintenance
(___)  Benefits from Governmental Programs or Civil or Military Service
(___)  Retirement Plans
(___)  Taxes
(LC)   All Preceding Subjects

2.3. GRANT OF SPECIFIC AUTHORITY. My agent MAY NOT do any of the following specific acts for me UNLESS I have INITIALED the specific authority listed below (CAUTION: Granting any of the following will give your agent the authority to take actions that could significantly reduce your property or change how your property is distributed at your death. INITIAL ONLY the specific authority you WANT to give your agent):

(___)  Create, amend, revoke, or terminate an inter vivos trust
(___)  Make a gift, subject to the limitations of Section 75-9-217, and any special instructions in this power of attorney
(___)  Create or change rights of survivorship
(___)  Create or change a beneficiary designation
(___)  Authorize another person to exercise the authority granted under this power of attorney
(___)  Waive the principal's right to be a beneficiary of a joint and survivor annuity
(___)  Exercise fiduciary powers that the principal has authority to delegate
(___)  Disclaim or refuse an interest in property, including a power of appointment

2.4. INCIDENTAL POWERS. In connection with the exercise of any of the powers described in the preceding paragraphs, I give my Agent full authority, to the extent that a principal can act through an agent, to take all actions that my Agent believes necessary, proper, or convenient, to the extent that I could take such actions myself, including the power to prepare, execute, and file all documents and maintain records; enter into contracts; hire, discharge, and pay reasonable compensation to attorneys, accountants, expert witnesses, or other assistants; execute, acknowledge, seal, and deliver any instrument.

2.5. INSPECTION AND DISCLOSURE OF INFORMATION RELATING TO MY PHYSICAL OR MENTAL HEALTH. My agent has the power and authority to request, review, and receive, to the extent I could do so individually, any information, verbal or written, regarding my physical or mental health, including, but not limited to, my individually identifiable health information or other medical records. This release authority applies to any information governed by the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 42 U.S.C. 1320d and 45 CFR 160-164. I hereby authorize any physician, health care professional, dentist, health plan, hospital, clinic, laboratory, pharmacy, or other covered health care provider, any insurance

Power of Attorney of Laura Callender: Page 3 of 8

04/07/2022 10:13AM FAX

company, and the Medical Information Bureau, Inc., or other health care clearinghouse that has provided treatment or services to me, or that has paid for or is seeking payment from me for such services, to give, disclose, and release to my agent, without restriction, all of my individually identifiable health information and medical records regarding any past, present, or future medical or mental health condition. This authority given my agent shall supersede any other agreement which I may have made with my health care providers to restrict access to or disclosure of my individually identifiable health information. This authority given my agent shall be effective immediately, has no expiration date and shall expire only in the event that I revoke the authority in writing and deliver it to my health care provider.

2.6. EXPRESSION OF INTENT CONCERNING LIVING ARRANGEMENTS.

It is my intention to live in my home as long as it is safe and my medical needs can be met. My agent may arrange for a natural person, employee of an agency or provider of community-based services to come into my home to provide care for me. When it is no longer safe for me to live in my home, I authorize my agent to place me in a facility or home that can provide any medical assistance and support in my activities of daily living that I require. Before being placed in such a facility or home, I wish for my agent to discuss and share information concerning the placement with me.

(___) It is my intention to live in my home for as long as possible without regard for my medical needs, personal safety or ability to engage in activities of daily living. My agent may arrange for a natural person, an employee of an agency or a provider of community-based services to come into my home and provide care for me. I understand that, before I may be placed in a facility or home other than the home in which I currently reside, a guardian must be appointed for me.

(___) I desire for my agent to take the following actions relating to my care:

_____

_____

_____

### III. AMPLIFYING PROVISIONS

3.1. REIMBURSEMENT FOR COSTS AND EXPENSES. My Agent shall be entitled to reimbursement from my property for expenditures properly made in the execution of the powers conferred by me in this Power. My Agent shall keep records of any such expenditures and reimbursement.

3.2. NO COMPENSATION. My Agent shall not be entitled to compensation for the services rendered in the execution of any of the powers conferred by me in this Power.

3.3. RELIANCE BY THIRD PARTIES. To induce third parties to rely upon the provisions of this Power, I, for myself and on behalf of my heirs, successors, and assigns, hereby waive any privilege that may attach to information requested by my Agent in the exercise of any of the powers described herein. Moreover,

on behalf of my heirs, successors, and assigns, I hereby agree to hold harmless any third party who acts in reliance upon this Power for damages or liability incurred as a result of that reliance. My Agent is authorized, at the expense of my estate, to seek interpretation and/or enforcement of any power granted to my Agent under this document from a court of competent jurisdiction. My Agent may seek any appropriate legal remedy including, but not limited to, declaratory judgments, temporary or permanent injunctions, and actual or punitive damages against any person or entity who unreasonably, negligently or willfully fails or refuses to follow my Agent's instructions with respect to a power granted to my Agent under this document.

3.4. RELEASE OF INFORMATION. I agree to, authorize and allow full release of information, by any government agency, business, creditor or third party who may have information pertaining to my assets or income, to my agent named herein.

3.5. RATIFICATION. I ratify and confirm all that my Agent does or causes to be done under the authority granted in this Power. All instruments of any sort entered into in any manner by my Agent shall bind me, my estate, my heirs, successors, and assigns.

3.6. EXCULPATION. My Agent shall not be liable to me or any of my successors in interest for any action taken or not taken in good faith, but shall be liable for the breach of a duty committed dishonestly, with improper motive, or with reckless indifference to the purposes of this Power or my best interests.

3.7. REVOCATION AND AMENDMENT. I revoke all prior General Powers of Attorney that I may have executed and I retain the right to revoke or amend this document and to substitute other attorneys in fact in place of the Agent herein named. Amendments to this document shall be made in writing by me personally (not by my Agent) and they shall be attached to the original of this document and recorded in the same county or counties as the original if the original is recorded.

### IV. GENERAL PROVISIONS

4.1. NOMINATION OF CONSERVATOR. If proceedings are initiated for the appointment of a conservator of my estate, I hereby nominate my Agent as such conservator and who shall serve without bond being required.

4.2. DURABILITY AND EFFECTIVE DATE. Initial the clause that applies:

(✗✗) Durable – This Power of Attorney shall not be affected by my subsequent disability or incapacity.
(__) Springing Power – It is my intention and direction that my designated agent, and any person or entity that my designated agent may transact business with on my behalf, may rely on a written medical opinion issued by a licensed medical doctor stating that I am disabled or incapacitated, and incapable of managing my affairs, and that said medical opinion shall establish whether or not I am under a disability for the purpose of establishing the authority of my designated agent to act in accordance with this Power of Attorney.
(__) I wish to have this Power of Attorney become effective on the following date: _____.
(__) I wish to have this Power of Attorney end on the following date: _____.

04/07/2022 10:14AM FAX

4.3. PHOTOCOPIES. Persons dealing with my Agent may rely fully on a photocopy of this Power.

4.4. SEVERABILITY. If any of the provisions of this Power are found to be invalid for any reason, such invalidity shall not affect any of the other provisions of this Power, and all invalid provisions shall be wholly disregarded.

4.5. GOVERNING LAW. All questions pertaining to validity, interpretation, and administration of this Power shall be determined in accordance with the laws of the State of Nevada.

4.6. UNDERSTANDING OF DOCUMENT. I understand that this Power is an important legal document: (1) this document provides my Agent with broad powers to dispose of, sell, convey, and encumber my real and personal property; (2) the powers granted in this Power will exist for an indefinite period of time unless I limit their duration by the terms of this Power or revoke this Power, and they will continue to exist notwithstanding my subsequent disability or incapacity; and (3) I have the right to revoke or terminate this Power at any time.

*Signatures on Following Page*

04/07/2022 10:14AM FAX

SIGNATURE AND ACKNOWLEDGMENT

I, Laura Callender, the principal, sign my name to this power of attorney on this 24 day of February 2022, and being first duly sworn, do declare to the undersigned authority that I sign it willingly, or willingly direct another to sign for me, that I execute it as my free and voluntary act for the purposes expressed in the power of attorney and that I am eighteen years of age or older, of sound mind and under no constraint or undue influence.

Signature: _Laura Callender_

I, _Cassiany medwid_ the undersigned witness, sign my name to the foregoing power of attorney being first duly sworn and do declare to the undersigned authority that Laura Callender, the principal, signs and executes this instrument as her power of attorney and that the principal signs it willingly, or willingly directs another to sign for her, and that I, in the presence and hearing of the principal, sign this power of attorney as witness to the principal's signing and that to the best of my knowledge the principal is eighteen years of age or older, of sound mind and under no constraint or undue influence.

Dated: February 24, 2022


[signature – please print name under this line]

8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123

STATE OF NEVADA                )
                              ) ss.
COUNTY OF CLARK                )

On this 24 day of February 2022, before me personally appeared Laura Callender, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to this instrument, and acknowledged that she executed it. I declare under penalty of perjury that the person whose name is ascribed to this instrument appears to be of sound mind and under no duress, fraud, or undue influence.

DIANA BRUGH
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 11-03-25
Certificate No: 21-1125-01

_____
Notary Public

Power of Attorney of Laura Callender: Page 7 of 8

04/07/2022 10:14AM FAX

## IMPORTANT INFORMATION FOR AGENT

1.  AGENT'S DUTIES. When you accept the authority granted under this Power of Attorney, a special legal relationship is created between you and the principal. This relationship imposes upon you legal duties that continue until you resign or the Power of Attorney is terminated or revoked. You must:
    (a) Do what you know the principal reasonably expects you to do with the principal's property or, if you do not know the principal's expectations, act in the principal's best interest;
    (b) Act in good faith;
    (c) Do nothing beyond the authority granted in this Power of Attorney; and
    (d) Disclose your identity as an agent whenever you act for the principal by writing or printing the name of the principal and signing your own name as "agent" in the following manner:
    (Principal's Name) by (Your Signature) as Agent

2.  Unless the Special Instructions in this Power of Attorney state otherwise, you must also:
    (a) Act loyally for the principal's benefit;
    (b) Avoid conflicts that would impair your ability to act in the principal's best interest;
    (c) Act with care, competence, and diligence;
    (d) Keep a record of all receipts, disbursements and transactions made on behalf of the principal;
    (e) Cooperate with any person that has authority to make health care decisions for the principal to do what you know the principal reasonably expects or, if you do not know the principal's expectations, to act in the principal's best interest; and
    (f) Attempt to preserve the principal's estate plan if you know the plan and preserving the plan is consistent with the principal's best interest.

3.  TERMINATION OF AGENT'S AUTHORITY. You must stop acting on behalf of the principal if you learn of any event that terminates this Power of Attorney or your authority under this Power of Attorney. Events that terminate a Power of Attorney or your authority to act under a Power of Attorney include:
    (a) Death of the principal;
    (b) The principal's revocation of the Power of Attorney or your authority;
    (c) The occurrence of a termination event stated in the Power of Attorney;
    (d) The purpose of the Power of Attorney is fully accomplished; or
    (e) If you are married to the principal, your marriage is dissolved.

4.  LIABILITY OF AGENT. The meaning of the authority granted to you is defined in NRS 162A.200 to 162A.660, inclusive. If you violate NRS 162A.200 to 162A.660, inclusive, or act outside the authority granted in this Power of Attorney, you may be liable for any damages caused by your violation.

5.  If there is anything about this document or your duties that you do not understand, you should seek legal advice.

Power of Attorney of Laura Callender: Page 8 of 8

# EXHIBIT 3

**Annuity Service Request**

04/07/2022 10:12AM FAX

## Annuity Service Request



JACKSON®
NATIONAL LIFE INSURANCE COMPANY
Home Office: Lansing, Michigan
www.jackson.com

**USE DARK INK. PRINT OR TYPE. SIGN AND DATE ON PAGE 5.**

| Current Owner's Name (First) | (Middle) | (Last) | Date of Birth (mm/dd/yyyy) | Social Security Number |
|---|---|---|---|---|
| Laura | | Callender | ▮▮▮▮▮ | ▮▮▮▮▮ |

| Owner's Name (if owned by a non-natural entity) | | | | Tax Identification Number |
|---|---|---|---|---|
| | | | | |

| Joint Owner's Name (First) | (Middle) | (Last) | Date of Birth (mm/dd/yyyy) | Social Security Number |
|---|---|---|---|---|
| | | | | |

| Current Annuitant's Name (First) | (Middle) | (Last) | Date of Birth (mm/dd/yyyy) | Social Security Number |
|---|---|---|---|---|
| | | | | |

| Owner's Daytime Phone Number (include area code) | Joint Owner's Daytime Phone Number (include area code) |
|---|---|
| 702-565-0448 | |

| 1. Contract Number (10 digits, include zeros) | 2. Contract Number (10 digits, include zeros) | 3. Contract Number (10 digits, include zeros) |
|---|---|---|
| 1019953005 | | |

## Ownership Change

- For a Custodial Owner change the qualification type is required:

  ☑ IRA    ☐ Roth IRA    ☐ Non-qualified    ☐ Other

- If you wish to update beneficiary information as a result of an ownership change please complete the Beneficiary Change section on page 3.
- If multiple Owners, the first Owner's designated Social Security Number/Tax Identification Number will be used on the Contract.
- **Please be aware that CHANGING OWNERSHIP on a non-qualified annuity Contract** may be a taxable event to the previous Owner. We recommend that you discuss the matter with a tax adviser.
- Ownership changes for qualified annuity Contracts will be considered an IRA rollover.
- Ownership changes, including changes to the Owner, Joint Owner, Annuitant, Joint Annuitant, Contingent Annuitant and primary Spousal Beneficiary may not be available on variable annuity contracts with the presence of certain optional benefits or fixed index annuity contracts with certain optional benefits. Please refer to your prospectus, optional benefit endorsement, or contract forms for additional information. You may also contact our Service Center at the phone number on page 5 of this form for additional assistance.

- Joint ownership changes may be restricted. Contact the Service Center for more information.
- For variable annuities, the Guaranteed Minimum Death Benefit (GMDB) will be recalculated from the original issue Date of the Contract based on the new Owner's age as of that date if the benefit allows for a change in the Owner. This may result in a change in the current and future benefits provided by the GMDB, including a change in the roll-up percentage and/or the dates associated with the benefit features and calculations. If the new Owner's age as of the Contract's Issue Date exceeds the maximum issue age for the GMDB endorsement attached to the Contract (if any), the GMDB endorsement will be terminated, all benefits under the endorsement will cease, and thereafter no GMDB charge will be assessed. GMDB charges assessed prior to the change in ownership will not be refunded. The GMDB endorsement may not be reinstated upon a subsequent change in ownership.
- When changing ownership to a Trust, or when the Trust is changing its Tax Identification Number, the Indemnification Agreement (form X2909) will be required.
- Ownership changes on 1035 Non-Qualified Stretch Contracts are not permitted with the exception of moving from Custodial to self directed.

| New Owner's Name (First) | (Middle) | (Last) | Date of Birth (mm/dd/yyyy) | Social Security Number |
|---|---|---|---|---|
| | | | | |

| New Owner's Name (if owned by a non-natural entity) | Sex | Relationship to Owner | Tax Identification Number |
|---|---|---|---|
| | ☐ Male   ☐ Female | | |

| Physical Address (No P.O. Boxes) Number, Street | City | State | ZIP Code | U.S. Citizen? |
|---|---|---|---|---|
| | | | | ☐ Yes   ☐ No |

| Email Address | Phone Number (include area code) | Country of Residence |
|---|---|---|
| | | |

Page 1 of 6

X0365 01/21

04/07/2022 10:12AM FAX

| New Joint Owner's Name (First) | (Middle) | (Last) | | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|

| Relationship to Owner | Sex ☐ Male ☐ Female | Social Security Number |
|---|---|---|

| Physical Address (No P.O. Boxes) Number, Street | City | State | ZIP Code | U.S. Citizen? ☐ Yes ☐ No |
|---|---|---|---|---|

| Email Address | Phone Number (include area code) | Country of Residence |
|---|---|---|

## Annuitant Change

Joint Annuitants must be the same as Joint Owners on ELI® Multi and ELITE 500® Contracts if Owners are spouses. For Trust-owned contracts, the Annuitant(s) must also be the sole Beneficial Owner(s).

| New Annuitant's Name (First) | (Middle) | (Last) | | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|

| Relationship to Owner | Sex ☐ Male ☐ Female | Social Security Number |
|---|---|---|

| Physical Address (No P.O. Boxes) Number, Street | City | State | ZIP Code | U.S. Citizen? ☐ Yes ☐ No |
|---|---|---|---|---|

| Email Address | Phone Number (include area code) | Country of Residence |
|---|---|---|

| New Joint Annuitant's Name (First) | (Middle) | (Last) | | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|

| Relationship to Annuitant | Sex ☐ Male ☐ Female | Social Security Number |
|---|---|---|

| Physical Address (No P.O. Boxes) Number, Street | City | State | ZIP Code | U.S. Citizen? ☐ Yes ☐ No |
|---|---|---|---|---|

| Email Address | Phone Number (include area code) | Country of Residence |
|---|---|---|

## Contingent Annuitant (Add)

Must be the Annuitant's spouse.

| Contingent Annuitant's Name (First) | (Middle) | (Last) | | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|

| Relationship to Annuitant | Sex ☐ Male ☐ Female | Social Security Number |
|---|---|---|

| Physical Address (No P.O. Boxes) Number, Street | City | State | ZIP Code | U.S. Citizen? ☐ Yes ☐ No |
|---|---|---|---|---|

| Email Address | Phone Number (include area code) | Country of Residence |
|---|---|---|

X0365 01/21

04/07/2022 10:12AM FAX

## Beneficiary Change
- Percentages must be indicated by a whole percentage and equal 100% for each beneficiary type. If left blank, all beneficiaries will receive equal shares.
- For additional beneficiaries, please attach Beneficiary Designation Supplement (form X3041) signed and dated by the Owner (available at www.jackson.com).
  - ☐ Please check here if form X3041 will be submitted.
- **This request will revoke all previous beneficiary designations.**
- **You must select at least one primary beneficiary** unless you are only adding a contingent or changing the current contingent beneficiary.
- Unless otherwise indicated, all beneficiaries will be **primary beneficiaries and revocable.** (You will retain the right to change beneficiary designations in the future.)

**NOTE: Irrevocable -** By checking the Irrevocable Primary or Irrevocable Contingent box below, the named irrevocable beneficiary(ies) obtain(s) a vested interest in this Contract and must sign (along with the Owner) for any future changes to, total withdrawal (surrender) of, partial withdrawals from, or transfer of this Annuity Contract as requested by the Owner, including a change of the named irrevocable beneficiary(ies). **All Irrevocable beneficiary(ies) must also sign this form on the appropriate line(s) on page 5.**

---

**1.** ☒ Primary   ☐ Contingent       Sex ☐ Male ☐ Female       Percentage of Death Benefit: **100**
☐ Irrevocable Primary   ☐ Irrevocable Contingent

| Beneficiary's Name (First) | (Middle) | (Last) | Date of Birth (mm/dd/yyyy) | Social Security Number |
|---|---|---|---|---|
| | | | | |

| Non-Natural Entity Name | Tax Identification Number | Relationship to Owner |
|---|---|---|
| FTHHPLV Trust | ▮▮▮▮ | Trust |

| Physical Address (No P.O. Boxes) Number, Street | City | State | ZIP Code | Country of Residence |
|---|---|---|---|---|
| 8190 Dover Canyon Ct. | Las Vegas | NV | 89139 | USA |

| Email Address | Phone Number (include area code) |
|---|---|
| ▮▮▮▮ | 702-461-3670 |

---

**2.** ☐ Primary   ☐ Contingent       Sex ☐ Male ☐ Female       Percentage of Death Benefit:
☐ Irrevocable Primary   ☐ Irrevocable Contingent

| Beneficiary's Name (First) | (Middle) | (Last) | Date of Birth (mm/dd/yyyy) | Social Security Number |
|---|---|---|---|---|
| | | | | |

| Non-Natural Entity Name | Tax Identification Number | Relationship to Owner |
|---|---|---|
| | | |

| Physical Address (No P.O. Boxes) Number, Street | City | State | ZIP Code | Country of Residence |
|---|---|---|---|---|
| | | | | |

| Email Address | Phone Number (include area code) |
|---|---|
| | |

---

**3.** ☐ Primary   ☐ Contingent       Sex ☐ Male ☐ Female       Percentage of Death Benefit:
☐ Irrevocable Primary   ☐ Irrevocable Contingent

| Beneficiary's Name (First) | (Middle) | (Last) | Date of Birth (mm/dd/yyyy) | Social Security Number |
|---|---|---|---|---|
| | | | | |

| Non-Natural Entity Name | Tax Identification Number | Relationship to Owner |
|---|---|---|
| | | |

| Physical Address (No P.O. Boxes) Number, Street | City | State | ZIP Code | Country of Residence |
|---|---|---|---|---|
| | | | | |

| Email Address | Phone Number (include area code) |
|---|---|
| | |

---

X0365 01/21

04/07/2022 10:12AM FAX                                                 ☑0005/0015

## Name Change

Please attach supporting documentation, for example: copies of marriage license, driver's license, court document, etc.

**Change Name of:** ☐ Owner    ☐ Joint Owner    ☐ Annuitant    ☐ Joint Annuitant    ☐ Beneficiary

**Change Due to:** ☐ Marriage    ☐ Divorce    ☐ Other (if other, reason for change) [                    ]

| Former Name (First) | (Middle) | (Last) |
|---|---|---|
|  |  |  |

| New Name (First) | (Middle) | (Last) |
|---|---|---|
|  |  |  |

## Mailing Address Change

☒ Permanent    ☐ Temporary*

| Name (First) | (Middle) | (Last) | Social Security Number |
|---|---|---|---|
| Laura |  | Callender | ███████ |

**Contract Role:** ☒ Owner    ☐ Joint Owner    ☐ Annuitant    ☐ Other: [          ]

| Email Address | Phone Number (include area code) |
|---|---|
|  | 702-461-3670 |

| New Mailing Address (number, street) | City | State | ZIP Code | Country of Residence |
|---|---|---|---|---|
| 8190 Dover Canyon CT | Las Vegas | NV | 89139 | USA |

* If a temporary address is provided, your current residence state will be used to determine state tax withholding guidelines for distributions until a new permanent mailing address is received.

## Authorized Caller

If you want to authorize an individual other than your financial professional to receive Contract information via telephone and/or in writing, please list the individual's information here:

| Name (First) | (Middle) | (Last) | Date of Birth (mm/dd/yyyy) | Social Security Number |
|---|---|---|---|---|
| Chad | David | Callender | ███████ | ███████ |

## Duplicate Contract Request

One duplicate Contract will be provided free of charge. Jackson National Life Insurance Company®(Jackson®) reserves the right to impose a $25.00 fee for each subsequent duplicate Contract requested.

This Contract was: ☐ Lost    ☐ Never Delivered    ☐ Stolen    ☐ Destroyed. The Contract is not assigned (not applicable to all Contracts), pledged or subject to any lien in any way. If the original Contract is found, I will return the duplicate to the Company or its successors or assigns.

## SIGNATURE REQUIREMENTS
### ALL APPLICABLE SIGNATURE AREAS MUST BE COMPLETED BEFORE RETURNING.

**Joint and Multiple** – If additional space is needed for Multiple Owners, attach a separate piece of paper with signatures and dates.

**Guardian** – Must be signed by the Guardian. Provide a copy of guardianship papers.

**Trust** – All trustees/co-trustees, if required by the trust. Provide a copy of the signature and notary pages, and the page listing the names of the trustee(s) and successor trustee(s).

**Irrevocable Beneficiary** – Must include address and be signed by irrevocable beneficiary.

**Attorney-in-Fact** – May be signed by the attorney-in-fact. Provide a current power of attorney if not previously submitted. Notarized signature required, if not already on file.

**Collateral Assignee** – Must be signed by all collateral assignees. Provide a copy of documentation.

**Partnerships** – Requests must be submitted in the name of the partnership and signed by all partners. Provide a copy of Partnership Agreement.

**Corporation** – One officer must sign with title unless the signing officer is also the Annuitant, in which case, an additional officer's signature and title are required. Provide a copy of Corporate Resolution.

**Pension Trust** – Must be signed by the trustee. Provide a copy of the trustee appointment.

**Other Signature Requirements** – For cases such as minor Owners, bankruptcies or cases with tax liens, contact the Service Center for appropriate signature requirements. Spouse's signature may be required in community property states: AZ, CA, ID, LA, NM, NV, TX, WA, and WI. We recommend you discuss with your legal advisor.

### Signature section on page 5 is required.

Page 4 of 6                                                      X0365 01/21

04/07/2022 10:13AM FAX                                                    ☑0006/0015

## Signatures

The Owner's signature is required for all changes on this form. On ownership changes, both the old and new Owners' signatures are required. Jackson may require a signature verification with supporting documentation to establish the signor's authority. Ownership changes to a Legal Entity, Corporation or Custodial account (excluding Trusts) will also require a W-9 form in order to complete the request. A delay may occur if all applicable signature areas and requirements are not completed. See other signature requirements on page 4. It is hereby agreed that the changes requested above shall not become effective unless and until this request is approved by the Company at its Service Center. I certify that the contract owner is not a debtor in any pending bankruptcy proceeding.

## U.S. Tax Certifications

**Under penalties of perjury, I certify that:**

1. My Social Security Number or Tax ID Number shown on this form is my correct taxpayer identification number,

2. I am not subject to backup withholding.

3. I am a U.S. citizen or other U.S. person (including a U.S. resident alien), and

4. I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.

☐ Check this box if the IRS has notified you that you are subject to backup withholding.

**For items 3 and 4, if I am not a U.S. citizen, U.S. resident alien or other U.S. person, I am submitting the applicable IRS Form W-8 to certify my foreign status and, if applicable, claim treaty benefits.**

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications to avoid backup withholding.

| Owner's Signature (and Title if applicable) | Date (mm/dd/yyyy) | New Owner's Signature (and Title if applicable) | Date (mm/dd/yyyy) |
|---|---|---|---|
| *Laura Callender, by ___, as Agent* | 3/22/2022 | | |
| Joint Owner's Signature (and Title if applicable) | Date (mm/dd/yyyy) | New Owner's Signature (and Title if applicable) | Date (mm/dd/yyyy) |
| | | | |
| Trustee's Signature and Title | Date (mm/dd/yyyy) | New Trustee's Signature and Title | Date (mm/dd/yyyy) |
| | | | |
| Trustee's Signature and Title | Date (mm/dd/yyyy) | New Trustee's Signature and Title | Date (mm/dd/yyyy) |
| | | | |
| Irrevocable Beneficiary's Signature (and Title if applicable) | Date (mm/dd/yyyy) | Collateral Assignee's Signature and Title | Date (mm/dd/yyyy) |
| | | | |
| Irrevocable Beneficiary's Signature (and Title if applicable) | Date (mm/dd/yyyy) | Medallion Signature Guarantee or Notary (if applicable) | |
| | | | |
| Spouse's Signature (if applicable) | Date (mm/dd/yyyy) | | |
| | | | |
| New Payor's Signature | Date (mm/dd/yyyy) | | |
| | | | |



04/07/2022 10:13AM FAX                                                    ✓000?/0015

| Jackson Contact Information | | |
|---|---|---|
| **Attention** | **Variable Annuity & Registered Index-Linked Annuity** | **Fixed, Fixed Index & Immediate Annuity** |
| **Regular Mail** | P.O. Box 24068, Lansing, MI 48909-4068 | |
| **Overnight Mail** | 1 Corporate Way, Lansing, MI 48951 | |
| **Customer Care** | 800-644-4565 | |
| **Fax\*** | 800-701-0125 | 517-706-5519 |
| **Email** | customercare@jackson.com | |

\* A fax cover page is not needed. If you have additional instructions to submit please complete Letter of Instruction (form X4250) including owner and/or annuitant signature(s) as applicable.



# EXHIBIT 4

**Letter by Plaintiff Jackson National Life
Insurance Company to Chad Callender
dated April 22, 2022**



April 22, 2022

|||•||||•||•||||||||•|||•||•||||•||•||•|||•|••||||•|||•||
LAURA L CALLENDER
CHAD CALLENDER POA LTD
8190 DOVER CANYON CT
LAS VEGAS NV 89139-6938


**RE:  Contract Number 1019953005**
**         Annuitant: Laura L Callender**


Dear Laura L Callender:

Thank you for choosing Jackson for your financial needs. This letter is in regard to the above-referenced contract.

This is to confirm we have added Chad Callender as the Power of Attorney for your contract. Please note, while we have added the Power of Attorney to your contract, future contract changes or requests signed by the Power of Attorney will require a notarized signature before we will comply. However, you may return to us, at your earliest convenience, a copy of the enclosed letter signed and dated by the Power of Attorney with a notarized signature. We will place this letter in file and use for comparison when contract changes or requests are received from the Power of Attorney.

In the future, if a new Power of Attorney were named, we would require a new notarized signature and the updated Power of Attorney paperwork for file.

In order to protect the interests of our clients, Jackson mails a hard copy notice to confirm some contract changes, regardless of delivery preferences. We apologize for any inconvenience and appreciate your understanding.

We appreciate your business, and your service needs are very important to us. If you have any additional questions or concerns, visit our website at www.jackson.com to contact Jackson via email or for additional resources. You may also contact your financial representative or our Customer Care Center at 1-800/644-4565.


Sincerely,


Customer Services


*Contact us:*

 Visit www.jackson.com

 1-800/644-4565 • 24-hour automated service; Service Associates available Monday thru Friday

 Jackson Customer Care Center, 1 Corporate Way, Lansing, MI 48951

nzb0414/CM74



**RE:  Contract Number 1019953005**
**Annuitant: Laura L Callender**

I certify that I am the Power of Attorney for Laura L Callender on the contract number listed above. Please find my notarized signature below.

_____          _____
Power of Attorney Signature                                          Date


_____
Power of Attorney Printed Name


State of      _____

County of  _____

Signed or attested before me on:

_____ by _____.
(Date)                                      (Name of Person)


_____
Notary Signature

_____
Notary Printed Name

My Commission Expires:   _____

                                                                    (Stamp and/or Seal)

# EXHIBIT 5

**Death Benefit Claim submitted to Plaintiff
Jackson National Life Insurance Company
by Chad Callender**

- **Federal Tax Withholding**
  - If no election is made, federal taxes will be withheld automatically at a flat 10% rate or 20% for eligible rollover distributions from 403(b) TSA contracts for the spouse.
  - If you are a U.S. citizen living abroad, a mandatory 10% federal tax will be withheld.
- **State Tax Withholding**
  - If no election is made, state taxes will be withheld at your resident state's prevailing rate.
  - Some states require withholding. Jackson will withhold for states that require withholding unless you submit the appropriate state withholding opt-out form with the claim form.
- **Notice of Tax Withholding Options**
  - Complete this section only if you selected Option H or I in Step 3.

## Step 10 - Beneficiary Designation
- Complete this section only if you selected Option B, D, F, G, H or I in Step 3.
- If you have selected a Beneficiary Access Account (BAA) in Step 8, please name your beneficiary(ies).
- If a beneficiary is not selected, the claimant's estate will be recorded as the beneficiary.
- If an Attorney-in-Fact (AIF) is completing this claim form, read the Power of Attorney (POA) document carefully and consult your state's statutes as the AIF may not be able to designate beneficiaries or name themselves as a beneficiary. If the AIF designates beneficiaries or names themselves and they are not allowed to do so per state statutes, the claimant's estate will be recorded as the beneficiary.
- If naming a juvenile as beneficiary, submit the Juvenile Trustee Designation Form (X1335).
- If naming a trust as beneficiary, submit the Trustee Certification of Investment Powers Form (X5335).

## Step 11 - Account Linking Request
- You may provide a brokerage account number for your contract or account, to be linked only if you have selected Option B, D, F or G in Step 3.

## Step 12 - Telephone/Electronic Transfer Authorization
- You may provide a telephone/electronic transfer authorization only if you have selected Option B, D, F, G, H or I in Step 3.

## Step 13 - Signature
- A signature is required.
- Not providing the appropriate signatures will delay the settling of the claim.
- **Title:** If you are signing on behalf of an entity or as a legal representative, include your title and proof of authority documents.

## Acknowledgments

I understand and agree that:

1. Jackson will not be held liable for any unfavorable consequences as a result of the elections I make including, but not limited to, tax consequences or negative impact to a benefit in my contract or account.
2. Jackson has not made any representations to me regarding the tax consequences of the claim option (transaction) I have chosen.
3. I have read all options available and understand that the claim election I have chosen is irrevocable. I have met with my tax advisor and/or financial professional and am fully aware of all potentially adverse tax consequences related to my election.
4. **If Spousal Consolidation into an Existing Jackson Contract was selected in Step 3:** I have chosen the Spousal Consolidation into Existing Jackson Contract option and the funds will have a new withdrawal charge schedule in accordance with the product specifications of the receiving contract. The new withdrawal charge schedule can be obtained by contacting Jackson.
5. **Power of Attorney Validation:** As the Attorney-In-Fact (AIF) for the claimant/named beneficiary, I acknowledge with my signature on this form that, under the Power of Attorney (POA) paperwork provided for the named beneficiary, I currently have the authority by the terms of the POA. I further certify that the named beneficiary is still alive and the POA has not been revoked by operation of law or otherwise.
6. **Indemnification Agreement (Non-Natural Person) Entity Statement:** As the trustee of the claimant/named beneficiary trust, I certify that if I have used an individual's social security number for the trust tax identification number, the individual is living and currently a beneficial owner of the trust.
7. I understand that my portion of the death benefit will be calculated and paid when Jackson receives my death benefit claim form and required documentation in good order.
8. **I understand that the portion of death benefit I am entitled to bears the investment risk associated with amounts allocated to any Investment Division until Jackson calculates my share of the death benefit and that share may gain or lose value based upon market fluctuations.**

Received 01/07/2023 09:38:04 Box EXE 6551-014824.49

**Variable Annuity Death Benefit Claim Form**
Available Options and Acknowledgements are explained on pages 1-5.
Please submit pages 6-12 to Jackson.



**JACKSON**
National Life Insurance Company
Home Office: Lansing, Michigan
www.jackson.com

First Class Mail: P.O. Box 30503
Lansing, MI 48909-8003

Overnight Mail: 1 Corporate Way
Lansing, MI 48951

Customer Care: 888-565-4995
Fax: 517-706-5513
Email: customercare@jackson.com

---

■ Jackson Annuity Contract(s) Number(s) are required for good order.

## Step 1  Jackson Annuity Contract Information/Deceased Information

| 1. Contract Number (10 characters, include zeros) | 2. Contract Number (10 characters, include zeros) | 3. Contract Number (10 characters, include zeros) |
|---|---|---|
| 1019953005 | | |

| 4. Contract Number (10 characters, include zeros) | 5. Contract Number (10 characters, include zeros) | 6. Contract Number (10 characters, include zeros) |
|---|---|---|
| | | |

| Deceased's Name (First) | (Middle) | (Last) | Date of Birth (mm/dd/yyyy) | Social Security Number |
|---|---|---|---|---|
| Laura | Lee | Callender | ███████ | ███████ |

| Date of Death (mm/dd/yyyy) | Other Name(s) by which the Deceased was known |
|---|---|
| 07/18/2022 | |

Marital Status of the Deceased: ☐ Married  ☑ Divorced  ☐ Widowed  ☐ Single

---

■ The deceased's Social Security Number cannot be used for the Tax Identification Number.

## Step 2 - Beneficiary/Claimant Information

| Claimant's Name (First) | (Middle) | (Last) | Date of Birth (mm/dd/yyyy) | Social Security Number |
|---|---|---|---|---|
| Chad | David | Callender | ███████ | ███████ |

| Name of Non-Natural Entity Claimant (if applicable) | Tax Identification Number |
|---|---|
| | |

| Relationship to the Deceased | Daytime Phone Number (including area code) |
|---|---|
| Son | (702) 461-3670 |

■ Proof of name change is required if the designated claimant's name has changed since the designation.

| Claimant's Physical Address (No P.O. Boxes) | City | State | ZIP Code |
|---|---|---|---|
| 8190 Dover Canyon Court | Las Vegas | NV | 89139 |

| Claimant's Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| 8190 Dover Canyon Court | Las Vegas | NV | 89139 |

| Claimant's Email Address | |
|---|---|
| ███████ | Sex ☑ Male  ☐ Female |

Is the Claimant a U.S. Citizen? ☑ Yes  ☐ No    Is the Claimant currently residing in the U.S.? ☐ Yes  ☐ No

---

Z1150 12/22

Received 01/0~~Step 6 - Claim Options~~1420~~se~~Please select ONE Claim Option (A-I) and indicate all preferred options within its section.

• Please see the Instructions pages for additional information related to your claim options.

☒ **Option A – Lump Sum Payment**
**Note:** Complete the Delivery of Funds (Step 8) and Tax Withholding (Step 9) sections.

☐ **Option B – New Jackson Contract (Including Internal Exchanges)**
Pre-Assigned Contract Number: _____

☐ **Option C – Spousal Consolidation into an Existing Jackson Contract**
Existing Annuity Contract Number: _____

**❗ Option B:**
A Pre-assigned contract number is required prior to submitting a claim form and new application and can be obtained through electronic order entry.

☐ **Option D – Spousal Continuation: Select One**

☐ I elect to treat my funds as an external Non-Qualified 1035 exchange and am aware that recapture charges may apply. A transfer form and Letter of Acceptance must be submitted.

☐ Reinstate the Automatic Withdrawal that existed on the contract prior to the claim being established. I understand payment will resume as of the current date.
**Note:** Complete the Tax Withholding (Step 9) section.

**❗ Option D:**
The spouse must be the sole primary beneficiary on a Qualified contract to do a Spousal Continuation.

**Benefit Election Updates:**

☐ I elect to continue the GMWB at the stepped up value.

☐ I elect to terminate the Joint GMWB with Death Benefit.

☐ I elect to terminate the GMWB or Guaranteed Minimum Income Benefit (GMIB).

☐ I elect to terminate the Guaranteed Minimum Death Benefit (GMDB).

☐ I elect to continue the GMWB or GMIB at current values.

☐ I elect to continue the GMDB at the stepped up value.

☐ I elect to terminate EarningsMax©

☐ **Option E   Tax-Free External Transfer**
**Note:** If you are the spouse of the deceased and your intention is to request an external Non-Qualified 1035 exchange, see Option D - Spousal Continuation.

☐ **Option F – Deferral**
**Note:** Complete the Beneficiary Designation (Step 10) section.

☐ **Option G – Stretch (Life-Expectancy) Distribution: Select One**

☐ **Stretch**
**Note:** Complete the Payment Frequency and Start Date (Step 7), Delivery of Funds (Step 8), Tax Withholding (Step 9), and Beneficiary Designation (Step 10) sections.

☐ **IRA Stretch Deferral (Spousal Beneficiaries Only)**
**Note:** Complete the Beneficiary Designation (Step 10) section.

☐ **Add MarketGuard Stretch - GMWB (Ages 0-80)**

☐ **Option H – Continue Annuitized Benefit Payments**
**Note:** Complete the Delivery of Funds (Step 8), Tax Withholding (Step 9), and Beneficiary Designation (Step 10) sections.



☐ **Option I - Income Option (Annuitization): Select One**

☐ **Life Income**

☐ **Life with** ☐ **120 months or** ☐ **240 months Guaranteed**

☐ **Income for a Specified Period -** (5 to 30 years)  [＿＿＿＿＿＿＿＿]

☐ **Spousal Lifetime Income of Living Benefit (GAWA)**

☐ **Spousal Specified Period Income of Living Benefit (GAWA)**

**Select one Income Method**

☐ **Variable Annuitization** (Default)

☐ **Fixed Annuitization**

## Step 4 - Funeral Home Assignment

A signed and notarized funeral assignment is required.

☐ Part of the proceeds from my claim will go towards a Funeral Assignment.

## Step 5 - Deceased's Required Minimum Distribution (RMD)

**Note:** Complete the Delivery of Funds (Step 8) and Tax Withholding (Step 9) sections.

☐ I would like to take the deceased's RMD.

Amount Requested $ [＿＿＿＿＿＿＿＿]  If no dollar amount is indicated, the RMD will be calculated for you.

**Note:** An amount is required for custodian-held contracts. If an amount is not entered, the RMD will not be processed.

## Step 6  Partial Withdrawal

**Note:** Complete the Delivery of Funds (Step 8) and Tax Withholding (Step 9) sections.

☐ I would like to take a partial withdrawal.

Amount Requested $ [＿＿＿＿＿＿＿＿]  (Net withdrawals are unavailable)

**Multiple Contracts:** If you are using this form for multiple contracts, provide the contract numbers and values to be withdrawn from each contract.

| Contract Number | Value | Contract Number | Value |
|---|---|---|---|
| [＿＿＿＿＿＿] | $ [＿＿＿＿＿] | [＿＿＿＿＿＿] | $ [＿＿＿＿＿] |
| [＿＿＿＿＿＿] | $ [＿＿＿＿＿] | [＿＿＿＿＿＿] | $ [＿＿＿＿＿] |
| [＿＿＿＿＿＿] | $ [＿＿＿＿＿] | [＿＿＿＿＿＿] | $ [＿＿＿＿＿] |

## Step 7  Payment Frequency and Start Date

**Payment Frequency:** ☐ Monthly (default) ☐ Quarterly ☐ Semiannually ☐ Annually

**Payment Start Date:** (mm/dd/yyyy) [＿＿＿＿＿＿] (The 29th, 30th or 31st are only available if the date is present for all months in which a distribution will occur. The default will be 30 days after the good order date.)

## Step 8   Delivery of Funds: Select One (A-D)

Received 01/0???23 09:50:04 BOX EXE 6551 V/4624 S1

**Note:** If a selection is not indicated, unavailable, or multiple selections are indicated, a check will be mailed to your address of record.

A. ☐   **ACH/Direct Deposit:** (default if a voided check is attached below)

I hereby authorize Jackson to direct deposit into the account identified below, until further notice, all contract/account payments due to the owner of the contract/account. If the contract/account is owned by a trust, I affirm that I am the current trustee of the trust and am authorized to make this request on behalf of the trust. This authorization will remain in effect until it is revoked in writing. I and/or the trust hereby release and agree to indemnify and hold Jackson harmless from any and all claims arising out of or in any way related to Jackson's actions in compliance with this authorization. I agree that Jackson will have no further liability with respect to any payments made in accordance with this authorization and may, at any time, discontinue my direct deposit and issue checks to me requiring my personal endorsement. I, for myself, my heirs, executors, administrators, and assigns, do hereby consent and agree that any sums of money deposited to my account after my death shall be refunded to Jackson for distribution to the person or persons, if any, entitled to those sums under the terms of the contract/account.

*ACH/Direct Deposit can only be made into accounts for the named claimant.*

☐   **Checking Account** (tape a pre-printed voided check below or provide a letter from the bank on the institution's letterhead; the letter must be signed and dated by a bank representative)

*ACH/Direct Deposit will not be established without receipt of a voided check or a letter from your bank.*

☐   **Savings Account** (provide a letter from the bank on the institution's letterhead; the letter must be signed and dated by a bank representative)

**Note:** Contract/account payments will generate on the day they are due or the next business day and will be deposited into your account within 2-3 business days (receipt of funds may be delayed by a weekend or holiday). All payments from custodian owned contracts will be made payable to the Custodian for both direct deposits and checks.

**Do not staple. Do not attach a deposit slip or a starter check.**

Account Holder's Name(s)
245 Main St.
Anywhere, USA 00000

Pay To The Order Of _____  $ [        ]

_____ Dollars

Your Financial Institution

**-- VOID --**

Name
Street Address
City, State, ZIP                                                     1234

Your Transit Routing Number        Your Account Number        Your check number

B. ☒   **Send check directly to me at my address of record.**

C. ☐   **Beneficiary Access Account (BAA).**
**Note:** The BAA option is not available on all contracts, in all states, or for corporations, partnerships, trusts, estates or minors.

D. ☐   **Send check to another Financial Institution for the benefit of (FBO) the Claimant.**
**Note:** Only available if Lump Sum, RMD, or Partial Withdrawal was selected. This is not for use for Tax-Free External Transfers. (see Option E)

**Financial Institution Information:**

Name of Financial Institution                    Account Number (must be provided)

Address (number and street)        City        State        ZIP Code



Page 9 of 12                                         Z1150 12/22

## Step 9 - Tax Withholding (Tax withholding CANNOT be refunded by Jackson)

**A. Federal Tax Withholding:**

- Please see the Instructions pages for additional information related to tax withholding.

☐ **No,** I elect not to have federal income tax withheld from my withdrawals.

☒ **Yes,** I elect to have federal income tax withheld from my withdrawals as indicated below:

☒ Withhold 10%

☐ Withhold [　　] % or $ [　　　　　]

**B. State Tax Withholding: (Depending on laws in your state, state tax withholding may be required)**

❗ If you elect "No" and your state requires withholding, Jackson will withhold unless the proper state withholding opt-out form is received.

☒ **No,** I elect not to have state income tax withheld from my withdrawals.

☐ **Yes,** I elect to have state income tax withheld from my withdrawals as indicated below:

☐ Withhold [　　] % or $ [　　　　　]

**C. Notice of Tax Withholding Options:**

**Note:** Only complete if Option H or I was selected in Step 3.

Annuity payments from a benefit continuation or income option are treated as wages for the purpose of income tax withholding. An annuity payment is one that is included in your income for tax purposes and that you receive in installments at regular intervals over a period of more than one full year from the starting date of the particular investment. The intervals can be annually, semi-annually, quarterly, or monthly. Unless otherwise specified, federal tax must be withheld on annuity payments and will be calculated as if you had checked the box for "Single" in Step 1(c) and had no entries in Step 2, Step 3, and Step 4 on Internal Revenue Service (IRS) Form W-4P.

**Complete the following applicable lines:**
*You may be able to avoid quarterly estimated tax payments by having enough tax withheld from your payments.*

Federal withholding from each periodic pension or annuity payment:

☐ **No,** do not withhold federal income tax.

☐ **Yes,** withhold as "Single" in Step 1(c) with no entries in Step 2, Step 3, and Step 4 on Form W-4P.

☐ **Yes,** withhold as indicated on Form W-4P (must attach completed IRS Form W-4P).

If your state of residence has state income tax, you may elect to have taxes withheld. Depending on the laws of your state, state income withholding may be required.

☐ **No,** do not withhold state income tax.

☐ **Yes,** withhold state income tax of: [　　　] %

Z1150 12/22

## Step 10 - Beneficiary Designation

Received 01/07/2023 09:38:04 Box EXE 6551 014824 52

It is required for good order that the Percentage of Death Benefit be **whole numbers** and **must** total 100% for each beneficiary type. If Percentage of Death Benefit is left blank, all beneficiaries will receive equal shares.

☒ Primary | Sex ☒ Male ☐ Female | Percentage of Death Benefit `100` %

| Beneficiary's Name (First) | (Middle) | (Last) | Relationship to Owner |
|---|---|---|---|
| Chad | David | Callender | Son |

Date of Birth (mm/dd/yyyy) | Social Security/Tax Identification Number | Email Address

Non-Natural Owner/Entity Name (if applicable) | Phone Number (include area codes)
`(702) 461-3670`

Physical Address Line 1 (No P.O. Boxes) | Physical Address Line 2
`8190 Dover Canyon Court`

Physical Address City | State | ZIP Code
`Las Vegas` | `NV` | `89139`

---

☐ Primary ☐ Contingent | Sex ☐ Male ☐ Female | Percentage of Death Benefit ___ %

Beneficiary's Name (First) | (Middle) | (Last) | Relationship to Owner

Date of Birth (mm/dd/yyyy) | Social Security/Tax Identification Number | Email Address

Non-Natural Owner/Entity Name (if applicable) | Phone Number (include area codes)

Physical Address Line 1 (No P.O. Boxes) | Physical Address Line 2

Physical Address City | State | ZIP Code

---

• If no beneficiary is provided, your estate will be recorded.

☐ Primary ☐ Contingent | Sex ☐ Male ☐ Female | Percentage of Death Benefit ___ %

Beneficiary's Name (First) | (Middle) | (Last) | Relationship to Owner

Date of Birth (mm/dd/yyyy) | Social Security/Tax Identification Number | Email Address

Non-Natural Owner/Entity Name (if applicable) | Phone Number (include area codes)

Physical Address Line 1 (No P.O. Boxes) | Physical Address Line 2

Physical Address City | State | ZIP Code

## Step 11 - Account Linking Request

Linking/BIN/Brokerage Account Number (if applicable)

Z1150 12/22

## Step 12 - Telephone/Electronic Transaction Authorization

☑ **I wish to authorize telephone/electronic transactions, subject to conditions set forth below:**
Jackson has administrative procedures that are designed to provide reasonable assurances that telephone/electronic authorizations are genuine. If Jackson fails to employ such procedures, it may be held liable for losses resulting from a failure to use such procedures. I release Jackson, its affiliates, subsidiaries, and advisors from all damages related in any way to its acting upon any unauthorized telephone/electronic instruction. I understand and agree that Jackson reserves the right to terminate or modify these telephone/electronic privileges at any time, without cause and without notice to me.
I authorize Jackson to accept changes via telephone, Internet, or other electronic medium from me, my financial professional and the additional person(s) listed below who can furnish proper identification, subject to Jackson's administrative procedures.

| Name (First) | (Middle) | (Last) | Relationship | Phone Number (include area code) |
|---|---|---|---|---|
| Chad | David | Collender | Son | (702) 461-3670 |
| Name (First) | (Middle) | (Last) | Relationship | Phone Number (include area code) |
|  |  |  |  |  |

## Step 13 - Signature

**! A signature is required.** Not signing or obtaining all authorized signatures will lead to delays in settling this claim.

The undersigned hereby makes claim to the undersigned's share of the death benefit proceeds of the above annuity Contract as claimant and agrees that the furnishing of this form or any of the forms supplemental thereto by the Company shall not constitute or be considered an admission by the Company that there was an annuity in force, nor shall it constitute or be considered a waiver of any of the Company's rights or defenses.

By signing below, I acknowledge I have read all options available. I have read and agree with the instructions and acknowledgments (pages 1-5). I have met with my tax advisor and/or financial professional and am fully aware of all potential adverse tax consequences related to my election.

**It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines.**

### U.S. Tax Certifications

Under penalties of perjury, I certify that:
1. **My Social Security Number or Tax ID Number shown on this form is my correct taxpayer identification number.**
2. **I am not subject to backup withholding.**
3. **I am a U.S. citizen or other U.S. person (including a U.S. resident alien), and**
4. **I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.**

☐ Check this box if the IRS has notified you that you are subject to backup withholding.

For items 3 and 4, if I am not a U.S. citizen, U.S. resident alien or other U.S. person, I am submitting the applicable IRS Form W-8 to certify my foreign status and, if applicable, claim treaty benefits.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications to avoid back up withholding.

**! Title:** If you are signing on behalf of an entity or as a legal representative, include your title and proof of authority documents.

| Claimant's Signature | Date Signed (mm/dd/yyyy) |
|---|---|
| *[signature]* | 01 / 02 / 2023 |

| Title of Entity Claimant | Signer's Name (First) | (Middle) | (Last) |
|---|---|---|---|
| Beneficiary | Chad | David | Collender |

# EXHIBIT 6

**Letter by Plaintiff Jackson National Life Insurance Company to Chad Callender dated January 9, 2023**



JACKSON®
National Life Insurance Company

January 9, 2023

CHAD CALLENDER
8190 DOVER CANYON CT
LAS VEGAS NV 89139

**RE:  Contract Number 1019953005**

      **Annuitant: Laura L Callender**

Dear Chad Callender:

On behalf of Jackson, please accept our condolences on the passing of Laura Callender.

We have received your claim for the death benefit proceeds of the above-referenced contract. We have reviewed our records and regret to inform you that you are not the beneficiary of record on this contract.

If you no longer believe that you are entitled to the death benefit proceeds on the contract, we ask that you help us keep our records current by checking the "I withdraw my claim" box on the enclosed "Statement Regarding Claim." Please sign and date the Statement and promptly return it to us.

If you continue to claim the death benefit proceeds on the contract, we ask that you check the "I Claim the Proceeds" box on the enclosed "Statement Regarding Claim." Fully explain the basis of your claim, sign and date the Statement, and promptly return it to us. Please enclose copies of all documents supporting your explanation.

*IMPORTANT NOTICE: If we do not receive a signed copy of the enclosed "Statement Regarding Claim" (with the "I Claim the Proceeds" box checked) within fifteen (15) days of the date of this letter, we will assume you have **withdrawn** your claim for the death benefit proceeds on the contract. We will then make payment to the beneficiary or beneficiaries of record.*

We have enclosed a return envelope for your convenience in returning the Statement. You may also fax the Statement to 517/706-5513.

If you have any questions or concerns, visit our website at www.jackson.com to contact Jackson via email or for additional resources. You may also contact our Customer Care Center at 888/565-4995.

Sincerely,

Customer Services

*Contact us:*

 Visit www.jackson.com

 1-800/644-4565 • 24-hour automated service; Service Associates available Monday thru Friday

 Jackson Customer Care Center, 1 Corporate Way, Lansing, MI 48951

olsentr/CG16



Contract Number: 1019953005
Owner: Laura L Callender

**STATEMENT REGARDING CLAIM FOR PROCEEDS**

<u>PLEASE CHECK THE APPROPRIATE BOX, SIGN AND DATE THE FORM, AND PROMPTLY RETURN IT TO
JACKSON</u>

☐ **I Withdraw My Claim.** I hereby irrevocably withdraw all claims I have made for the death benefit proceeds on the
above-referenced contract.

**OR**

☐ **I Claim the Proceeds.** I believe that I am entitled to the death benefit proceeds on the above-referenced
contract. I will fully explain the basis of my claim below. I understand I can attach additional pages of explanation if
needed. I will attach copies of all documents supporting my claim.

_____

_____

_____

_____

_____

_____

_____

_____          _____
Signature                                      Date

| | Mailing Address and Contact Information |
|---|---|
| | **Jackson Claims Administration** |
| **Regular Mail** | PO Box 30503, Lansing, MI 48909-8003 |
| **Overnight Mail** | 1 Corporate Way, Lansing, MI 48951 |
| **Customer Care** | 888/565-4995 (M-Th: 8:00 a.m. to 7:00 p.m. ET and Fri: 8:00 a.m. to 6:00 p.m. ET) |
| **Fax** | 517/706-5513 |
| **Email** | contactus@jackson.com |

Z1155

# EXHIBIT 7

**Letter by Chad Callender's attorney Michael Van to Plaintiff Jackson National Life Insurance Company**

Received 01/21/2023 09:24:30 Box DCC 15808 099628 91



**JACKSON**®
National Life Insurance Company

Contract Number: 1019953005
Owner: Laura L Callender

### STATEMENT REGARDING CLAIM FOR PROCEEDS

<u>PLEASE CHECK THE APPROPRIATE BOX, SIGN AND DATE THE FORM, AND PROMPTLY RETURN IT TO JACKSON</u>

☐ **I Withdraw My Claim.** I hereby irrevocably withdraw all claims I have made for the death benefit proceeds on the above-referenced contract.

**OR**

☒ **I Claim the Proceeds.** I believe that I am entitled to the death benefit proceeds on the above-referenced contract. I will fully explain the basis of my claim below. I understand I can attach additional pages of explanation if needed. I will attach copies of all documents supporting my claim.

*See attached letter. Please direct all questions to Attorney Michael C. Van Esq.*

Signature _____    Date 1/16/23

| Mailing Address and Contact Information | |
|---|---|
| **Jackson Claims Administration** | |
| Regular Mail | PO Box 30503, Lansing, MI 48909-8003 |
| Overnight Mail | 1 Corporate Way, Lansing, MI 48951 |
| Customer Care | 888/565-4995 (M-Th: 8:00 a.m. to 7:00 p.m. ET and Fri: 8:00 a.m. to 6:00 p.m. ET) |
| Fax | 517/706-5513 |
| Email | contactus@jackson.com |



Z1155

Received 01/21/2023 09:24:30 Box DCC 15808 099628 92

*Attorneys at Law*
*www.VC2law.com*



Questions?
Contact us at info@vc2law.com

January 11, 2023

**_VIA Email to Customercare@Jackson.com_**

Jackson Financial
Attn: Rachel

      Re: Laura Callendar
      DOB ▮▮▮▮▮▮
      CHALLENGE OF BENFICIARY DESIGNATION

      Whom It May Concern of Rachel:

      The purpose of this letter is to advise you that this office represents Chad Callendar who is the Successor Trustee to the FTHHPLV TRUST U/D/T dated February 24, 2022.

      Attached to this letter tis the Certification of Trust, executed by Ms. Laura Callendar on 2/24/22. The specific purpose of this letter is to Challenge the Beneficiary Designation as currently identified as the
FTHHPLV TRUST U/D/T dated February 24, 2022 clearly indicates separate desires. Additionally, the request is made that no distribution be made absent order of a court with appropriate jurisdiction.

      Should there be further questions or concerns, please contact our office at the reference above.

            Very truly,

            VC2 LAW

            Michael C. Van, Esq.
            Michael@VC2Law.com

LAS VEGAS OFFICE
8985 S. Eastern Avenue, Ste. 100, Las Vegas, Nevada 89123
Ph: (702) 478-7770 – Fx: (702) 478-7779

ST. GEORGE OFFICE
368 E. Riverside Dr., Suite 3A, St. George, Utah 84790
Ph: (435) 767-9639 - Fx: (435) 767-9639