**MOT**
MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
CHRISTEN J. EARLE, ESQ.
Nevada Bar No, 16527
**VC2 LAW**
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@vc2law.com
garrett@vc2law.com
christen@vc2law.com
*Attorneys for Defendant Chad Callender*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>SCOTT CALLENDER; CHAD CALLENDER as Trustee of the FTHHPLV Trust U/D/T dated Feb. 24 2022,<br><br>Defendants. | No.: 2:23-cv-01042-JCM-EJY<br><br>**MOTION TO RELEASE INTERPLEADED FUNDS** |

COMES NOW Defendant, CHAD CALLENDER, as Trustee of the FTHHPLV Trust dated February 24, 2022 ("Chad" or "Defendant"), by and through his attorney of record, the law firm VC2 Law, hereby moves that the Clerk of the Court releases the interpleaded funds, based on the Court's most recent Order (ECF No. 34).

///

///

///

///

1

This Motion is made and based upon the attached Memorandum of Points and Authorities, the pleadings and other documents on file herein, and any oral arguments entertained by this Court at the hearing.

Dated this 12th day of July 2024.

**VC2 LAW**

By: /s/ *[signature]*
MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
CHRISTEN J. EARLE, ESQ.
Nevada Bar No, 16527
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
*Attorneys for Defendant Chad Callender*

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Pursuant to Fed. R. Civ. P. 22, and based upon the fact that only one interested claimant remains in this interpleader action, Defendant, Chad Callender as trustee for the FTHHPLV Trust U/D/T dated Feb. 24 2022, respectfully requests that the Court release the interpleaded funds to him.

## II. PROCEDURAL HISTORY

On July 6, 2023, Former-Plaintiff, Jackson National Life Insurance Company ("Jackson") filed this Complaint in Interpleader against Defendant, Chad Callender as trustee for the FTHHPLV Trust U/D/T dated Feb. 24 2022 ("Chad"), and Defendant, Scott Callender ("Scott").[1]

On July 7, 2023, a Summons was issued to Chad and Scott.[2] On July 10, 2023, Scott was served with the Summons and Complaint.[3] On July 19, 2023, Chad was served with the Summons and Complaint.[4] On July 21, 2023, Chad filed an Answer to the Complaint.[5]

On August 14, 2023, Jackson filed a Motion Requesting a Scheduling Conference.[6] The Court granted Jackson's Motion Requesting a Scheduling Conference and set a Scheduling Conference for August 30, 2023 at 10:00 a.m. in Courtroom 3B.[7] On August 30, 2023, the Court granted Jackson's said Motion.[8] On September 13, 2023, the parties submitted a Stipulated Discovery Plan and Scheduling Order, which was granted by the Court on the same day.[9] The Stipulated Discovery Plan and Scheduling Order set forth the following dates:[10]

1. Initial Disclosure Statements, *September 25, 2023*
2. Motions to Amend Pleadings or Add Parties, *October 19, 2023*
3. Initial Expert Disclosures, *November 17, 2023*

---

[1] *See Docket No. 1.*
[2] *See Docket No. 4-5.*
[3] *See Docket No. 8.*
[4] *See Docket No. 9.*
[5] *See Docket No. 10.*
[6] *See Docket No. 21-13.*
[7] *See Docket No. 14-15.*
[8] *See Docket No. 19.*
[9] *See Docket No. 21-22.*
[10] *See Stipulated Discovery Plan and Scheduling Order,* on file herein.

       4.    Rebuttal Expert Disclosures, *December 15, 2023*

       5.    Discovery Cut-Off Date, *January 17, 2024*

       6.    Dispositive Motions and Pre-Hearing Briefs, *February 16, 2024*

       7.    Joint Pretrial Order, *March 18, 2024*

On August 14, 2023, Jackson filed a Motion for Interpleader Deposit of Disputed Ownership Funds.[11] On August 25, 2023, Chad filed Response to Motion for Interpleader Deposit of Disputed Ownership Funds.[12] On August 28, 2023, Jackson filed a Reply to Chad's Response.[13] On August 30, 2023, the Court granted Jackson's Motion for Interpleader Deposit of Disputed Ownership Funds.[14] On August 31, 2023, the Court ordered that "the Clerk's Office must accept a check for deposit by Jackson, the exact amount of which will remain unknown until the check is cut due to market fluctuation."[15] On September 11, 2023, the Interpleader Deposit was received by the Court.[16]

Scott never filed an Answer to the Complaint in Interpleader. On October 18, 2023, Chad filed a Motion for Entry of Clerk's Default against Scott.[17] On February 26, 2024, the Court granted said Motion and formally entered Default against Scott on the same day.[18]

Chad filed a Motion for Summary Judgment on September 21, 2023.[19] On October 11, 2023, Jackson filed a Response to the aforementioned Motion.[20] On October 19, 2023, Chad filed a Reply to Jackson's Response.[21] On September 21, 2023, Jackson filed a Motion to Dismiss.[22] Thereafter, Chad filed a Notice of Non-Opposition to Jackson's Motion to Dismiss.[23] Based on

---

[11] *See Docket No. 21-13.*
[12] *See Docket No. 16.*
[13] *See Docket No. 18.*
[14] *See Docket No. 19.*
[15] *See Docket No. 20.*
[16] *See Docket No. 24.*
[17] *See Docket No. 30.*
[18] *See Docket No. 32-33.*
[19] *See Docket No. 25.*
[20] *See Docket No. 29.*
[21] *See Docket No. 31.*
[22] *See Docket No. 26.*
[23] *See Docket No. 28.*

4

the foregoing, the only interested party claiming a right to the interpleaded funds is Chad Callender.

On July 3, 2023, the Court issued an Order granting Jackson's Motion to Dismiss.[24] In the same Order, the Court denied Chad's Motion for Summary Judgment as moot.[25] The Court closed the case on the same date.[26] Upon the entry of Default against Scott and the subsequent granting of Jackson's Motion to Dismiss, the only claimant with any claim to the interpleaded funds is Chad Callender.

### III. LEGAL STANDARD

Federal Rule of Civil Procedure 22, *Interpleader:*

> (1) *By a Plaintiff.* Persons with claims that may expose a plaintiff to double or multiple liability may be joined as defendants and required to interplead. Joinder for interpleader is proper even though:
>
> > (A) the claims of the several claimants, or the titles on which their claims depend, lack a common origin or are adverse and independent rather than identical; or
> >
> > (B) the plaintiff denies liability in whole or in part to any or all of the claimants.
>
> (2) *By a Defendant.* A defendant exposed to similar liability may seek interpleader through a crossclaim or counterclaim.

### IV. DISCUSSION

Pursuant to Fed. R. Civ. P. 22, Jackson's Complaint in Interpleader was filed against Chad and Scott on July 6, 2023.[27] Chad filed an Answer thereto on July 21, 2023.[28] The interpleader funds were deposited with the Court on September 11, 2023.[29] Scott has never filed an Answer in this matter, thus causing Default to be entered against him on February 26, 2024.[30] On August 14,

---

[24] *See Order at Docket No. 34.*
[25] *Id.*
[26] *Id.*
[27] *See Docket No. 1.*
[28] *See Docket No. 10.*
[29] *See Docket No. 24.*
[30] *See Docket No. 33.*

2023, Jackson filed a Motion to Dismiss.[31] In their Motion to Dismiss, Jackson disclaimed any interest in the interpleaded funds.[32] Jackson's Motion to Dismiss was granted by this Court on July 3, 2024, effectively closing this case and leaving only one interested party with any claim to the interpleaded funds: Chad Callender.[33] Therefore, Chad is the only claimant to the interpleader funds that remains in this action. The claims between the parties have been resolved, and the interpleader funds remain in the possession of the Court. With Chad being the only remaining claimant to the interpleader funds, Chad hereby requests that the interpleader funds be released to him pursuant to Fed. R. Civ. P. 22. In doing so, the Court will have formally resolved all outstanding matters and this case may remain closed.

## V.   CONCLUSION

Based upon the fact that Defendant, Chad Callender as trustee for the FTHHPLV Trust U/D/T dated Feb. 24 2022 is the only claimant to the interpleader funds that remain in the Court's possession, Defendant respectfully requests that this Court release the interpleaded funds.

Dated this 12th day of July 2024.

**VC2 LAW**

By: */s/*
MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
CHRISTEN J. EARLE, ESQ.
Nevada Bar No, 16527
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
*Attorneys for Defendant Chad Callender*

---

[31] *See Docket No. 26.*
[32] *Id.*
[33] *See Order at Docket No. 34.*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I hereby certify that I am an employee of VC2 LAW, and that on the 12th day of July 2024, I caused to be filed via CM/ECF a true and correct copy of this **MOTION FOR RELEASE OF INTERPLEADED FUNDS** with an automatic Notice of Filing to provide service of same to the parties listed on this matter's electronic service list pursuant to LR IC 4-1. Should the CM/ECF e-file notice report any failures in electronic service, counsel will serve this document by another means and will file a supplemental Certificate of Service.

By: */s/ Christina Garcia*
An Employee of VC2 Law